AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| HAROLD HARRIS, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:24-cv-00289 |
| DESOTO COUNTY, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HAROLD HARRIS, et al. (all Plaintiffs) .

Date: 09/12/2024

*Attorney's signature*

Mohammed Amir Badat, Bar No. 106599
*Printed name and bar number*

NAACP Legal Defense & Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
*Address*

abadat@naacpldf.org
*E-mail address*

(212) 217-1653
*Telephone number*

(212) 965-7592
*FAX number*