IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| HAROLD HARRIS; PASTOR ROBERT TIPTON, JR.; DELTA SIGMA THETA SORORITY, INC.; DESOTO COUNTY MS NAACP UNIT 5574 | PLAINTIFF |
| VS. | CIVIL ACTION NO.: 3:24-cv-00289-DMB-RP |
| DESOTO COUNTY, MISSISSIPPI; DESOTO COUNTY BOARD OF SUPERVISORS; DESOTO COUNTY ELECTION COMMISSION; and DALE THOMPSON in her official capacity as DeSoto County Circuit Clerk | DEFENDANTS |

**MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT**

Defendants, DeSoto County, Mississippi ("the County"), DeSoto County Board of Supervisors ("the Board of Supervisors"), DeSoto County Election Commission ("the Election Commission"), and Dale Thompson ("Thompson"), in her official capacity as DeSoto County Circuit Clerk, request an extension of time until December 9, 2024, to answer or otherwise respond to Plaintiffs' Complaint, stating the following in support:

1. Plaintiffs filed this lawsuit on September 12, 2024. *See* Doc. No. 1.

2. The Election Commission was served on September 16, 2024, *see* Doc. No. 17, making its responsive pleading due on October 7, 2024. Fed. R. Civ. P. 12(a)(1)(A)(i). The County and Dale Thompson were served on September 17, 2024, *see* Doc. Nos. 14 and 16, making their responsive pleadings currently due on October 8, 2024. *See* Fed. R. Civ. P.

12(a)(1)(A)(i). The Board of Supervisors was served on September 17, 2024,[1] *see* Doc. No. 18, making its responsive pleading also due on October 8, 2024. Fed. R. Civ. P. 12(a)(1)(A)(i). Accordingly, the date on which the last-served Defendants' responses are due is October 8, 2024.

3. Due to the complex nature of this matter, the breadth of allegations included in the Complaint, the fact that undersigned counsel were only retained earlier this week and are subject to additional obligations and time constraints that were scheduled before counsel were aware of this lawsuit, undersigned counsel need additional time to fully investigate the allegations contained in the complaint and prepare a sufficient response for Defendants.

4. Defendants therefore respectfully request that the response deadlines for all named Defendants be aligned to the response deadline for the last-served defendant, October 8, 2024, and further request a sixty (60) day extension of the October 8, 2024, deadline for all Defendants to respond to the Complaint, up to and through Monday, December 9, 2024.

5. Undersigned counsel contacted Plaintiffs' counsel to ascertain whether Plaintiffs intended to oppose the requested alignment of deadlines and extension of time. Plaintiffs have agreed to the alignment of deadlines but have only agreed to Defendants having an additional thirty (30) days to respond to the Complaint and not the full sixty days requested.

6. Given the nature of this request, the County respectfully asks that the Court waive Local Rule 7(b)(4)'s requirement of a separate memorandum in support.

For these reasons, the County requests until December 9, 2024, to respond to the Complaint.

Dated: October 3, 2024.

---

[1] The docket also includes a return indicating that a summons directed to the Board of Supervisors through Supervisor Lee Caldwell, Board President, was served on September 18, 2024, *see* Doc. No. 15.

Respectfully submitted,

PHELPS DUNBAR LLP


BY:  */s/ Nicholas F. Morisani*
    David Michael Hurst, Jr., MB #99990
    W. Thomas Siler, MS #6791
    Nicholas F. Morsani, MB #104970
    1905 Community Bank Way
    Suite 200
    Flowood, Mississippi 39232
    Telephone: 601-352-2300
    Telecopier: 601-360-9777
    mike.hurst@phelps.com
    tommy.siler@phelps.com
    nicholas.morasani@phelps.com

    And

    Andrew W. Coffman, MB#106207
    105 East Main Street, Suite 201
    Tupelo, Mississippi 38804
    Telephone: 662-842-7907
    Telecopier: 662-842-3873
    andrew.coffman@phelps.com

    *Attorneys for Defendants*