**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

HAROLD HARRIS; PASTOR ROBERT
TIPTON, JR.; DELTA SIGMA THETA
SORORITY, INC., DESOTO COUNTY
MS NAACP UNIT 5574

        *Plaintiffs*,

v.

DESOTO COUNTY, MISSISSIPPI;
DESOTO COUNTY BOARD OF
SUPERVISORS; DESOTO COUNTY
ELECTION COMMISSION; and DALE
THOMPSON in her official capacity as
DeSoto County Circuit Clerk.

        *Defendants*.

No. 24-cv-289-GHD-RP

**PLAINTIFFS' MOTION TO ALLOW DISCOVERY TO PROCEED**

Pursuant to Local Rule 16(b)(3)(B), Plaintiffs Harold Harris, Pastor Robert Tipton, Jr., Delta Sigma Theta Sorority, Inc., and DeSoto County MS NAACP Unit 5574, respectfully request that this Court allow all discovery to continue while it considers Defendants' motion to dismiss. *See* ECF 36.

Defendants' motion raises three different defenses. Defendant Thompson alone raises a jurisdictional defense that would trigger a stay under Local Rule 16(b)(3)(B). That jurisdictional question is straightforwardly answered in Plaintiffs' favor. The other two grounds are pursuant to Rule 12(b)(6) and do not entitle Defendants to a stay. As Plaintiffs explain in their memorandum in support of this motion, staying this case will do nothing but delay the discovery that the Parties

will have to undertake. Should Plaintiffs prevail, delay prolongs DeSoto County residents living in dilutive and unfair County districts.

Given these circumstances, it would be appropriate to allow discovery to proceed, and Plaintiffs respectfully request that the Court exercise its discretion pursuant to Local Rule 16(b)(3)(B) to do so.

Dated: November 25, 2024

Joshua Tom (Miss. Bar No. 105392)
**ACLU OF MISSISSIPPI**
101 South Congress Street
Jackson, MS 39201
Telephone: (601) 354-3408
jtom@aclu-ms.org

Amir Badat (Miss. Bar No. 106599)
Victor Genecin*
Brenda Wright*
**NAACP LEGAL DEFENSE AND**
  **EDUCATIONAL FUND, INC.**
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
abadat@naacpldf.org
vgenecin@naacpldf.org
bwright@naacpldf.org

*/s/ Daniel J. Hessel*
Daniel J. Hessel*
Ruth Greenwood*
**ELECTION LAW CLINIC**
**HARVARD LAW SCHOOL**
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 496-0222
dhessel@law.harvard.edu
rgreenwood@law.harvard.edu

Victor Jones*
**NAACP LEGAL DEFENSE AND**
  **EDUCATIONAL FUND, INC.**
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 216-2720
Facsimile: (202) 682-1312
vjones@naacpldf.org

*Attorneys for Plaintiffs*

*\*Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I, Daniel J. Hessel, do certify that on this day I filed the foregoing with the ECF System which sent notification to all counsel of record.

This the 25 day of November, 2024.

*/s/ Daniel J. Hessel*

Daniel J. Hessel
