# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**HAROLD HARRIS**                                                                 **PLAINTIFF**

**v.**                                                          **CIVIL ACTION NO.: 3:24CV289-GHD-RP**

**DESOTO COUNTY, MISSISSIPPI, et al.**                          **DEFENDANTS**

## ORDER STAYING DISCOVERY PURSUANT TO RULE 16(b)(3)(B)

Defendants have filed a motion asserting jurisdictional defenses. ECF 36. Under Local Uniform Civil Rule 16(b)(3)(B) "[f]iling a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal." Consequently, the attorney conference and disclosure requirements and all discovery are hereby stayed, and the case management conference is continued, pending a ruling on the motion to dismiss. Counsel are directed to notify the undersigned within seven days of a ruling on the motion to remand.

         **SO ORDERED AND ADJUDGED** on this the 25th day of November, 2024.


                                         /s/ Roy Percy
                                         UNITED STATES MAGISTRATE JUDGE