(N.D.Miss.1990)

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

## <u>NOTICE</u>

HAROLD HARRIS et al

     V.                               CASE NO. 3:24-CV-289-GHD-RP

DESOTO COUNTY, MISSISSIPPI et al

---

    **TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

---

| **Place** | **Room No.** |
|---|---|
| U.S. FEDERAL BLDG. | TELEPHONIC |
| **Oxford, MS** | |

**Date and Time**
**February 19, 2025, at 11:00 a.m.**

**Parties are instructed to call the conference line at 662-305-1900, Conference ID 893 630 365**

---

**Type of Proceeding**

**TELEPHONIC CASE MANAGEMENT CONFERENCE**
**BEFORE UNITED STATES MAGISTRATE JUDGE ROY PERCY**
PROPOSED CASE MANAGEMENT ORDER AND CONFIDENTIAL
MEMOS DUE TO THE COURT FEBRUARY 5, 2025

                              DAVID CREWS
                              Clerk of Court

                              /s/ Rebekah Capps
                              Courtroom Deputy

Date: January 22, 2025

**CONTACT REBEKAH CAPPS AT 234-3114 IF YOU HAVE ANY QUESTIONS**