Form 2(b) (ND/SD Miss. Dec. 2011)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

HAROLD HARRIS; PASTOR ROBERT TIPTON, JR.; DELTA SIGMA THETA SORORITY, INC., DESOTO C    Plaintiff

v.          CIVIL ACTION
             No. 3:24-cv-00289-GHD-RP

DESOTO COUNTY, MISSISSIPPI; DESOTO COUNTY BOARD OF SUPERVISORS; DESOTO CO    Defendant

## NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**TO:** **All Counsel of Record**

Pursuant to L.U.Civ.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) Check as appropriate:

[✔] Interrogatories to:      All Defendants

[✔] Requests for Production of Documents to:      All Defendants

[ ] Requests for Admissions to:

[ ] Responses to Interrogatories of:

[ ] Responses to Requests for Production of Documents of:

FORM 2(b) (ND/SD MISS. DEC. 2011)

☐  Responses to Requests for
    Admissions of:                    _____

Pursuant to L.U.CIV.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

 January 24, 2025                      /s:/ Joshua Tom
———————————————               ———————————————————————
         Date                                  Signature


                                       Joshua Tom, MS 105392
                                    ———————————————————————
                                          Typed Name & Bar Number