# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

HAROLD HARRIS; PASTOR ROBERT TIPTON, JR.; DELTA SIGMA THETA SORORITY, INC.; DESOTO COUNTY MS NAACP UNIT 5574,

    *Plaintiffs*,

v.

DESOTO COUNTY, MISSISSIPPI; DESOTO COUNTY BOARD OF SUPERVISORS; DESOTO COUNTY ELECTION COMMISSION; and DALE THOMPSON in her official capacity as DeSoto County Circuit Clerk,

    *Defendants*.

3:24-cv-00289-GHD-RP

## PLAINTIFFS' MOTION TO EXPEDITE TRIAL DATE

Plaintiffs Harold Harris; Pastor Robert Tipton, Jr.; Delta Sigma Theta Sorority, Inc.; and DeSoto County MS NAACP Unit 5574 respectfully request that the Court alter the trial date in the above-captioned matter to allow for earlier relief from the irreparable harm of dilutive voting districts. Plaintiffs' counsel have conferred with Defendants, who have indicated they intend to oppose this motion.

Plaintiffs challenge DeSoto County's 2022 redistricting plan (the "2022 Plan") as violating Section 2 of the Voting Rights Act, 52 U.S.C. § 10301, by diluting the voting power of DeSoto County's Black residents and depriving them of an equal opportunity to elect their preferred candidates. The 2022 Plan governs five separate County offices (the Board of Supervisors, the Board of Education, the Election Commission, the Justice Court, and Constables) and twenty-five County officials with power over many aspects of residents' lives.

1

Because of the severe and irreparable nature of these harms, Plaintiffs seek a remedy in place by the November 2026 elections. Based on the information available to them, Plaintiffs believe this goal is readily achievable under the current discovery schedule for the case. However, if the trial is not held until April 2026, as set forth in the current schedule, there is some possibility that the current trial date would not allow for a remedy in place by November 2026. As currently scheduled, the trial start date is April 27, 2026, over seven months after the close of discovery in September and six months after dispositive and *Daubert* motions are due to the Court in October. *See* ECF No. 67, at 4–5. The current trial date may result in relief being unavailable until 2027. By moving earlier only one date—the trial date—Plaintiffs would be able to get relief earlier and at a time that is most efficient for the voting public and for County officials administering elections.

As a result, and for the reasons set forth in the accompanying memorandum of law, Plaintiffs respectfully request the Court grant their motion and move the trial start date as soon as possible after the close of discovery and motion deadlines, and ideally by mid-January 2026.

Dated: March 6, 2025

|  |  |
|---|---|
| Joshua Tom (Miss. Bar No. 105392)<br>**ACLU OF MISSISSIPPI**<br>101 South Congress Street<br>Jackson, MS 39201<br>Telephone: (601) 354-3408<br>jtom@aclu-ms.org | */s/ Daniel J. Hessel*<br>Daniel J. Hessel*<br>Ruth Greenwood*<br>**ELECTION LAW CLINIC**<br>**HARVARD LAW SCHOOL**<br>6 Everett Street, Ste. 4105<br>Cambridge, MA 02138<br>(617) 496-0222<br>dhessel@law.harvard.edu<br>rgreenwood@law.harvard.edu |

Brenda Wright\*
Victor Genecin\*
Maia Cole\*
**NAACP LEGAL DEFENSE AND**
  **EDUCATIONAL FUND, INC.**
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
bwright@naacpldf.org
vgenecin@naacpldf.org
mcole@naacpldf.org

Víctor Jones\*
**NAACP LEGAL DEFENSE AND**
  **EDUCATIONAL FUND, INC.**
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 216-2720
Facsimile: (202) 682-1312
vjones@naacpldf.org

*Attorneys for Plaintiffs*

*\*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I, Daniel J. Hessel, do certify that on this day I filed the foregoing with the ECF System which sent notification to all counsel of record.

    This the 6th day of March, 2025.

    */s/ Daniel J. Hessel*

    Daniel J. Hessel