**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

| | |
|---|---|
| **HAROLD HARRIS; PASTOR ROBERT TIPTON, JR.; DELTA SIGMA THETA SORORITY, INC.; AND DESOTO COUNTY MS NAACP UNIT 5574** | **PLAINTIFFS** |
| **VS.** | **CIVIL NO.: 3:24-CV-00289-GHD-RP** |
| **DESOTO COUNTY, MISSISSIPPI; DESOTO COUNTY BOARD OF SUPERVISORS; DESOTO COUNTY ELECTION COMMISSION; and DALE THOMPSON in her official capacity as DeSoto County Circuit Clerk** | **DEFENDANTS** |

## RESPONSE IN OPPOSITION TO MOTION TO EXPEDITE TRIAL

Defendants Defendant DeSoto County, Mississippi, DeSoto County Board of Supervisors, DeSoto County Election Commission, and Dale Thompson, sued in her official capacity as Circuit Clerk for DeSoto County (collectively "Defendants") file this Response in Opposition to Plaintiffs' Motion to Expedite Trial Date [74], stating the following in support:

1. Plaintiffs have moved to expedite the trial date but their motion is nothing more than a thinly veiled request to amend the Court's Case Management Order [67]. As such, Plaintiffs were required to demonstrate that good cause supports amending the Case Management Order [67], but they failed to even address good cause. Even so, an analysis of the four prongs courts apply for determining whether good cause supports an amendment to the Case Management Order [67] makes clear Plaintiffs cannot establish good cause to expedite the trial date.

2. Defendants offer the following exhibits in support of their response to Plaintiffs' Motion [74]:

Exhibit 1 – Feb. 5, 2025, E-mail from Hessel to Chambers (3:25 p.m.); and

Exhibit 2 – Feb. 5, 2025, E-mail from Hurst to Chambers (3:39 p.m.).

**3.** For these reasons and those explained in the contemporaneously filed memorandum in support of this Response, Defendants respectfully request Plaintiffs Motion [74] be denied.

Dated: March 20, 2025.

                                            Respectfully submitted,

                                            PHELPS DUNBAR LLP

                                            /s/ *Nicholas F. Morisani*
                                            D. Michael Hurst, Jr. MB # 99990
                                            W. Thomas Siler, Jr. MB #6791
                                            Nicholas F. Morisani MB #104970
                                            1905 Community Bank Way, Suite 200
                                            Flowood, Mississippi 39232
                                            Telephone: 601-352-2300
                                            Facsimile: 601-360-9777
                                            mike.hurst@phelps.com
                                            tommy.siler@phelps.com
                                            nick.morisani@phelps.com

                                            ***ATTORNEYS FOR DEFENDANTS***

## CERTIFICATE OF SERVICE

     I certify that on March 20, 2025, I electronically filed this response with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF counsel of record in this action.

                                             */s/ Nicholas F. Morisani*
                                             Nicholas F. Morsani

PD.48788486.1