AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| HAROLD HARRIS, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. No. 3:24-cv-00289-GHD-RP |
| DESOTO COUNTY, MISSISSIPPI, et al. | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: BRIDGE AND WATSON, INC., c/o Christopher Watson, Principal
507 Heritage Dr Ste 201 Oxford, MS 38655

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
See Schedule A attached. Electronic copies of the documents may be sent via FTP transfer, encrypted drive, or via email to Daniel Hessel, dhessel@law.harvard.edu.

| Place: Harvard Election Law Clinic<br>Wasserstein Hall, Suite 4105<br>6 Everett Street<br>Cambridge, MA 02138 | Date and Time:<br>04/09/2025 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 03/14/2025

*CLERK OF COURT*

OR

_____     /s/Joshua Tom
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Plaintiffs**
_____, who issues or requests this subpoena, are:
Daniel Hessel, Harvard Election Law Clinic at Wasserstein Hall, Suite 4105, 6 Everett Street, Cambridge, MA 02138, dhessel@law.harvard.edu

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. No. 3:24-cv-00289-GHD-RP

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)* __Bridge and Watson Inc.__
on *(date)* __3-21-25__.

☒ I served the subpoena by delivering a copy to the named person as follows:
__Bridge and Watson Inc. / c.o. Christopher Watson__
on *(date)* __3-21-25__ ; or

☐ I returned the subpoena unexecuted because: ____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ____ .

My fees are $ ____ for travel and $ ____ for services, for a total of $ ____ .

I declare under penalty of perjury that this information is true.

Date: __3-21-25__

__Richard W___
*Server's signature*

__Richard Willhite, Deputy Sheriff__
*Printed name and title*

____
*Server's address*

Additional information regarding attempted service, etc.: