UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| HAROLD HARRIS; PASTOR ROBERT TIPTON, JR.; DELTA SIGMA THETA SORORITY, INC.; and DESOTO COUNTY MS NAACP UNIT 5574 | PLAINTIFFS |
| vs. | Civil No. 3:24-cv-00289-GHD-RP |
| DESOTO COUNTY, MISSISSIPPI; DESOTO COUNTY BOARD OF SUPERVISORS. DESOTO COUNTY ELECTION COMMISSION; and DALE THOMPSON in her official capacity as Desoto County Circuit Clerk | DEFENDANTS |

### ORDER GRANTING PLAINTIFF'S MOTION TO EXPEDITE TRIAL

Presently before the Court is Plaintiffs' Motion to Expedite Trial Date [Doc. No. 74]. Defendants have responded, and the matter is now ripe for consideration. For the reasons below, the Court grants Plaintiffs' Motion [74].

On February 19, 2025, Magistrate Judge Roy Percy entered a Case Management Order [67] containing this case's scheduling deadlines. The parties now dispute the finalized April 27, 2026, trial date. Plaintiffs request this date be expedited, "ideally by mid-January 2026" [85] while Defendants seek to maintain the trial date for April 27, 2026 [83].

The Court having considered the Motion, the response, and otherwise being duly advised, holds it is hereby **ORDERED** the Plaintiffs' Motion to Expedite Trial [74] is **GRANTED** with a new trial date set for January 26, 2026. The Magistrate Judge will reset the date of the final pretrial conference in accordance with this order.

SO ORDERED, this the 10th day of April, 2025.

_____
SENIOR U.S. DISTRICT JUDGE