Criminal Notice (N.D.Miss.1990)

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| HAROLD HARRIS; PASTOR ROBERT TIPTON, JR.; DELTA SIGMA THETA SORORITY INC.; DESOTO COUNTY MS NAACP UNIT 5574 | PLAINTIFFS |
| V | CASE NO. 3:24CV289-GHD-RP |
| DESOTO COUNTY, MISSISSIPPI; DESOTO COUNTY BOARD OF SUPERVISORS; DESOTO COUNTY ELECTION COMMISSION; and DALE THOMPSON in her official capacity as DeSoto County Circuit Clerk. | DEFENDANTS |

**TAKE NOTICE** that a proceeding in this case has been SET for the place, date, and time set forth below:

**Place**
UNITED STATES FEDERAL BLDG.
911 E. JACKSON STREET
OXFORD, MISSISSIPPI

**Room No.**
COURTROOM NO. 1 – FIRST FLOOR

**Date and Time**
MONDAY, APRIL 27, 2026, 9:30 A.M.

**Type of Proceeding**

**NON-JURY TRIAL BEFORE SENIOR JUDGE GLEN H. DAVIDSON.**

DAVID CREWS, Clerk of Court

BY: /s/ *Terrie L. Reed*
    Courtroom Deputy

Date: February 24, 2025

Electronic Notice To:
    Counsel of Record

**CONTACT CHAMBERS IF YOU HAVE ANY QUESTIONS.**
Judge_davidson@msnd.uscourts.gov
662.369.6486