UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| HAROLD HARRIS; PASTOR ROBERT TIPTON, JR.; DELTA SIGMA THETA SORORITY, INC.; and DESOTO COUNTY MS NAACP UNIT 5574 | PLAINTIFFS |
| vs. | Civil No. 3:24-cv-00289-GHD-RP |
| DESOTO COUNTY, MISSISSIPPI; DESOTO COUNTY BOARD OF SUPERVISORS; DESOTO COUNTY ELECTION COMMISSION; and DALE THOMPSON in her official capacity as Desoto County Circuit Clerk | DEFENDANTS |

## ORDER

Pursuant to an opinion issued this day, it is hereby ORDERED:

(1) Defendants Desoto County, Mississippi; Desoto County Board of Supervisors; Desoto County Election Commission; and Dale Thompson's (collectively "Defendants") Motion to Dismiss [Doc. No. 36] is **GRANTED IN PART** and **DENIED IN PART**;

(2) the Motion is **GRANTED** as to Plaintiffs' claims against Defendant Dale Thompson and those claims are **DISMISSED WITH PREJUDICE** and Dale Thompson is dismissed as a Defendant; and

(3) the Motion is otherwise **DENIED**; the Plaintiffs' claim for 52 U.S.C. § 10301 violations shall **PROCEED**.

SO ORDERED, this, the 28 day of April, 2025.

_____
SENIOR U.S. DISTRICT JUDGE