IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

HAROLD HARRIS, PASTOR ROBERT
TIPTON, JR., DELTA SIGMA THETA
SORORITY, INC., and DESOTO COUNTY MS
NAACP UNIT 5574,

    *Plaintiffs*,

v.

DESOTO COUNTY, MISSISSIPPI; DESOTO
COUNTY BOARD OF SUPERVISORS; and
DESOTO COUNTY ELECTION
COMMISSION,

    *Defendants*.

No. 3:24-cv-00289-GHD-RP

# PLAINTIFFS' NOTICE OF DISCOVERY

**TO: All Counsel of Record**

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery devices:

- Plaintiff Harold Harris's First Supplemental Responses to Defendants' First Set of Interrogatories

- Plaintiff Pastor Robert Tipton, Jr.'s First Supplemental Responses to Defendants' First Set of Interrogatories

- Plaintiff Delta Sigma Theta Sorority, Inc.'s First Supplemental Responses to Defendants' First Set of Interrogatories

- Plaintiff DeSoto County MS NAACP Unit 5574's First Supplemental Responses to Defendants' First Set of Interrogatories

Pursuant to L.U.CIV.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the

1

originals of the documents identified above.

                 Respectfully submitted,

Dated: July 25, 2025

| | |
|---|---|
| */s/ Joshua Tom* | */s/ Daniel J. Hessel* |
| Joshua Tom (Miss. Bar No. 105392) | Daniel J. Hessel* |
| **ACLU OF MISSISSIPPI** | Ruth Greenwood* |
| 101 South Congress Street | **ELECTION LAW CLINIC** |
| Jackson, MS 39201 | **HARVARD LAW SCHOOL** |
| Telephone: (601) 354-3408 | 6 Everett Street, Ste. 4105 |
| jtom@aclu-ms.org | Cambridge, MA 02138 |
| | (617) 496-0222 |
| | dhessel@law.harvard.edu |
| | rgreenwood@law.harvard.edu |
| | |
| Brenda Wright* | Víctor Jones* |
| Victor Genecin* | Candace Caruthers* |
| Breanna Williams* | **NAACP LEGAL DEFENSE AND** |
| **NAACP LEGAL DEFENSE AND** |  **EDUCATIONAL FUND, INC.** |
|  **EDUCATIONAL FUND, INC.** | 700 14th Street NW, Suite 600 |
| 40 Rector Street, 5th Floor | Washington, DC 20005 |
| New York, NY 10006 | Telephone: (202) 216-2720 |
| Telephone: (212) 965-2200 | Facsimile: (202) 682-1312 |
| Facsimile: (212) 226-7592 | vjones@naacpldf.org |
| bwright@naacpldf.org | ccaruthers@naacpldf.org |
| vgenecin@naacpldf.org | |
| bwilliams@naacpldf.org | |

                *Attorneys for Plaintiffs*
                **Admitted Pro Hac Vice*

**<u>CERTIFICATE OF SERVICE</u>**

   I certify that on July 25, 2025, I electronically filed this notice with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF counsel of record in this action.

                */s/ Daniel J. Hessel*
                Daniel J. Hessel