IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

HAROLD HARRIS, PASTOR ROBERT
TIPTON, JR., DELTA SIGMA THETA
SORORITY, INC., and DESOTO COUNTY MS
NAACP UNIT 5574,

    *Plaintiffs*,

v.

DESOTO COUNTY, MISSISSIPPI; DESOTO
COUNTY BOARD OF SUPERVISORS; and
DESOTO COUNTY ELECTION
COMMISSION,

    *Defendants*.

No. 3:24-cv-00289-GHD-RP

## PLAINTIFFS' NOTICE OF DISCOVERY

**TO: All Counsel of Record**

    Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery devices:

- Plaintiffs' Third Supplemental Responses to Defendants' First Set of Requests for Production of Documents

Pursuant to L.U.CIV.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the originals of the documents identified above.

    Respectfully submitted,

Dated: August 19, 2025

| | |
|---|---|
| */s/ Joshua Tom* | */s/ Daniel J. Hessel* |
| Joshua Tom (Miss. Bar No. 105392) | Daniel J. Hessel* |
| **ACLU OF MISSISSIPPI** | Ruth Greenwood* |
| 101 South Congress Street | **ELECTION LAW CLINIC** |
| Jackson, MS 39201 | **HARVARD LAW SCHOOL** |
| Telephone: (601) 354-3408 | 6 Everett Street, Ste. 4105 |
| jtom@aclu-ms.org | Cambridge, MA 02138 |

<div style="display: flex;">
<div>

Brenda Wright*  
Victor Genecin*  
Breanna Williams*  
**NAACP LEGAL DEFENSE AND**  
  **EDUCATIONAL FUND, INC.**  
40 Rector Street, 5th Floor  
New York, NY 10006  
Telephone: (212) 965-2200  
Facsimile: (212) 226-7592  
bwright@naacpldf.org  
vgenecin@naacpldf.org  
bwilliams@naacpldf.org

</div>
<div>

(617) 496-0222  
dhessel@law.harvard.edu  
rgreenwood@law.harvard.edu

Víctor Jones*  
Candace Caruthers*  
**NAACP LEGAL DEFENSE AND**  
  **EDUCATIONAL FUND, INC.**  
700 14th Street NW, Suite 600  
Washington, DC 20005  
Telephone: (202) 216-2720  
Facsimile: (202) 682-1312  
vjones@naacpldf.org  
ccaruthers@naacpldf.org

*Attorneys for Plaintiffs*  
**Admitted Pro Hac Vice*

</div>
</div>

**CERTIFICATE OF SERVICE**

      I certify that on August 19, 2025, I electronically filed this notice with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF counsel of record in this action.

                                          */s/ Daniel J. Hessel*
                                          Daniel J. Hessel