**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

HAROLD HARRIS; PASTOR ROBERT
TIPTON, JR.; DELTA SIGMA THETA
SORORITY, INC., DESOTO COUNTY
MS NAACP UNIT 5574

    *Plaintiffs*,

                        No. 3:24-cv-00289-GHD-RP

v.

DESOTO COUNTY, MISSISSIPPI;
DESOTO COUNTY BOARD OF
SUPERVISORS; and DESOTO COUNTY
ELECTION COMMISSION.

    *Defendants*.

## PLAINTIFFS' NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, counsel for Plaintiffs Harold Harris, Pastor Robert Tipton, Jr., Delta Sigma Theta Sorority, Inc., and DeSoto County MS NAACP Unit 5574 will proceed to take the deposition of the following:

1. DeSoto County Election Commission pursuant to Federal Rule of Civil Procedure 30(b)(6) – Wednesday, September 24, 2025 at 9:00 a.m. (topics attached hereto as Exhibit 1);

2. DeSoto County pursuant to Federal Rule of Civil Procedure 30(b)(6) – Thursday, September 25, 2025 at 9:00 a.m. (topics attached hereto as Exhibit 2);

3. Dale Thompson – Friday, September 26, 2025 at 9:00 a.m.

All depositions will take place at Baker Donelson, 165 Madison Avenue, Suite 2000,

Memphis, TN 38103 with virtual or telephonic option.

Details regarding the court reporter service will be emailed to those participating once all arrangements are finalized. The depositions shall be taken before a Notary Public or some other officer authorized by law to administer oaths for use at trial. The depositions will be taken by oral examination with a written and/or sound and visual record made thereof (e.g., videotape, LiveNote, etc.). The depositions will be taken for the purposes of cross-examination, discovery, and for all other purposes permitted under the Federal Rules of Civil Procedure or any other applicable law.

Dated: August 25, 2025

*/s/ Joshua Tom*
Joshua Tom (Miss. Bar No. 105392)
**ACLU OF MISSISSIPPI**
101 South Congress Street
Jackson, MS 39201
Telephone: (601) 354-3408
jtom@aclu-ms.org

Daniel J. Hessel*
Ruth Greenwood*
**ELECTION LAW CLINIC**
**HARVARD LAW SCHOOL**
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 496-0222
dhessel@law.harvard.edu
rgreenwood@law.harvard.edu

Brenda Wright*
Victor Genecin*
Maia Cole*
Breanna Williams*
**NAACP LEGAL DEFENSE AND**
 **EDUCATIONAL FUND, INC.**
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
bwright@naacpldf.org
vgenecin@naacpldf.org
mcole@naacpldf.org
bwilliams@naacpldf.org

Víctor Jones*
**NAACP LEGAL DEFENSE AND**
 **EDUCATIONAL FUND, INC.**
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 216-2720
Facsimile: (202) 682-1312
vjones@naacpldf.org

*Attorneys for Plaintiffs*

*\*Admitted Pro Hac Vice*

3

## CERTIFICATE OF SERVICE

I, Joshua Tom, do certify that on this day I filed the foregoing with the ECF System which sent notification to all counsel of record.

               This the 25th day of August, 2025.

               */s/ Joshua Tom*
               Joshua Tom