# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| HAROLD HARRIS; PASTOR ROBERT TIPTON, JR.; DELTA SIGMA THETA SORORITY, INC.; and DESOTO COUNTY MS NAACP UNIT 5574 | **PLAINTIFFS** |
| VS. | CIVIL ACTION NO.: 3:24-cv-00289-GHD-RP |
| DESOTO COUNTY, MISSISSIPPI; DESOTO COUNTY BOARD OF SUPERVISORS; and DESOTO COUNTY ELECTION COMMISSION | **DEFENDANTS** |

## NOTICE OF DEPOSITION OF PAM MCKELVY HAMNER

**PLEASE TAKE NOTICE** that counsel for Defendants Desoto County, Mississippi, Desoto County Board of Supervisors, and the Desoto County Election Commission ("Defendants") will take the deposition of Pam McKelvy Hamner on Thursday, August 28, 2025 beginning at 9:00 o'clock a.m. at the offices of Bridgforth, Buntin & Emerson, PLLC, 5293 Getwell Road, Southaven, Mississippi 38672. The deposition will be taken by means of stenography and/or videography before an official court reporter and notary public who is authorized to administer oaths.

This deposition will be taken for all purposes pursuant to the Federal Rules of Civil Procedure and will continue from day to day until completed. You are hereby invited to attend and take part in this deposition.

Dated: August 26, 2025.

                                  Respectfully submitted,

                                  PHELPS DUNBAR LLP

  BY:   */s/ Nicholas F. Morisani*
          D. Michael Hurst, Jr., MB #99990
          W. Thomas Siler, Jr., MS #6791
          Nicholas F. Morisani, MB #104970
          Sonya C. Dickson, MB #106284
          1905 Community Bank Way, Suite 200
          Flowood, Mississippi 39232
          Telephone: 601-352-2300
          Telecopier: 601-360-9777
          mike.hurst@phelps.com
          tommy.siler@phelps.com
          nicholas.morasani@phelps.com
          sonya.dickson@phelps.com

          And

          Andrew W. Coffman, MB#106207
          105 East Main Street, Suite 201
          Tupelo, Mississippi 38804
          Telephone: 662-842-7907
          Telecopier: 662-842-3873
          andrew.coffman@phelps.com

          *Attorneys for Defendants*

PD.50646310.1

**CERTIFICATE OF SERVICE**

I certify that on August 26, 2025, I electronically filed this document with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF counsel of record in this action.

*/s/ Nicholas F. Morisani*
Nicholas F. Morsani