# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**HAROLD HARRIS; PASTOR ROBERT TIPTON, JR.; DELTA SIGMA THETA SORORITY, INC.; and DESOTO COUNTY MS NAACP UNIT 5574**  **PLAINTIFFS**

**VS.**  **CIVIL ACTION NO.: 3:24-cv-00289-GHD-RP**

**DESOTO COUNTY, MISSISSIPPI; DESOTO COUNTY BOARD OF SUPERVISORS; and DESOTO COUNTY ELECTION COMMISSION**  **DEFENDANTS**

## NOTICE OF DEPOSITION OF HAROLD HARRIS

**PLEASE TAKE NOTICE** that counsel for Defendants Desoto County, Mississippi, Desoto County Board of Supervisors, and the Desoto County Election Commission ("Defendants") will take the deposition of Harold Harris on Thursday, September 4, 2025 beginning at 9:00 o'clock a.m. at the offices of Bridgforth, Buntin & Emerson, PLLC, 5293 Getwell Road, Southaven, Mississippi 38672. The deposition will be taken by means of stenography and/or videography before an official court reporter and notary public who is authorized to administer oaths.

This deposition will be taken for all purposes pursuant to the Federal Rules of Civil Procedure and will continue from day to day until completed. You are hereby invited to attend and take part in this deposition.

Dated: August 26, 2025.

                Respectfully submitted,

                PHELPS DUNBAR LLP


BY:  */s/ Nicholas F. Morisani*
      D. Michael Hurst, Jr., MB #99990
      W. Thomas Siler, Jr., MS #6791
      Nicholas F. Morisani, MB #104970
      Sonya C. Dickson, MB #106284
      1905 Community Bank Way, Suite 200
      Flowood, Mississippi 39232
      Telephone: 601-352-2300
      Telecopier: 601-360-9777
      mike.hurst@phelps.com
      tommy.siler@phelps.com
      nicholas.morasani@phelps.com
      sonya.dickson@phelps.com

      And

      Andrew W. Coffman, MB#106207
      105 East Main Street, Suite 201
      Tupelo, Mississippi 38804
      Telephone: 662-842-7907
      Telecopier: 662-842-3873
      andrew.coffman@phelps.com

      *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on August 26, 2025, I electronically filed this document with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF counsel of record in this action.

*/s/ Nicholas F. Morisani*
Nicholas F. Morsani

PD.50649469.1