# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| **HAROLD HARRIS; PASTOR ROBERT TIPTON, JR.; DELTA SIGMA THETA SORORITY, INC.; and DESOTO COUNTY MS NAACP UNIT 5574** | **PLAINTIFFS** |
| **VS.** | **CIVIL ACTION NO.: 3:24-cv-00289-GHD-RP** |
| **DESOTO COUNTY, MISSISSIPPI; DESOTO COUNTY BOARD OF SUPERVISORS; and DESOTO COUNTY ELECTION COMMISSION** | **DEFENDANTS** |

## NOTICE OF DEPOSITION OF KELLY JACOBS

**PLEASE TAKE NOTICE** that counsel for Defendants Desoto County, Mississippi, Desoto County Board of Supervisors, and the Desoto County Election Commission ("Defendants") will take the deposition of Kelly Jacobs on Tuesday, September 9, 2025 beginning at 9:00 o'clock a.m. at the offices of Bridgforth, Buntin & Emerson, PLLC, 5293 Getwell Road, Southaven, Mississippi 38672. The deposition will be taken by means of stenography and/or videography before an official court reporter and notary public who is authorized to administer oaths.

This deposition will be taken for all purposes pursuant to the Federal Rules of Civil Procedure and will continue from day to day until completed. You are hereby invited to attend and take part in this deposition.

PD.50649662.1

Dated: August 26, 2025.

                    Respectfully submitted,

                    PHELPS DUNBAR LLP


 BY:   */s/ Nicholas F. Morisani*
       D. Michael Hurst, Jr., MB #99990
       W. Thomas Siler, Jr., MS #6791
       Nicholas F. Morisani, MB #104970
       Sonya C. Dickson, MB #106284
       1905 Community Bank Way, Suite 200
       Flowood, Mississippi 39232
       Telephone: 601-352-2300
       Telecopier: 601-360-9777
       mike.hurst@phelps.com
       tommy.siler@phelps.com
       nicholas.morasani@phelps.com
       sonya.dickson@phelps.com

       And

       Andrew W. Coffman, MB#106207
       105 East Main Street, Suite 201
       Tupelo, Mississippi 38804
       Telephone: 662-842-7907
       Telecopier: 662-842-3873
       andrew.coffman@phelps.com

       *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I certify that on August 26, 2025, I electronically filed this document with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF counsel of record in this action.

                                                 */s/ Nicholas F. Morisani*
                                                 Nicholas F. Morsani