# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**HAROLD HARRIS; PASTOR ROBERT TIPTON, JR.; DELTA SIGMA THETA SORORITY, INC.; and DESOTO COUNTY MS NAACP UNIT 5574**                                **PLAINTIFFS**

**VS.**                     **CIVIL ACTION NO.: 3:24-cv-00289-GHD-RP**

**DESOTO COUNTY, MISSISSIPPI; DESOTO COUNTY BOARD OF SUPERVISORS; and DESOTO COUNTY ELECTION COMMISSION**                                                **DEFENDANTS**

## NOTICE OF DEPOSITION OF ROBERT TIPTON, JR.

**PLEASE TAKE NOTICE** that counsel for Defendants Desoto County, Mississippi, Desoto County Board of Supervisors, and the Desoto County Election Commission, ("Defendants") will take the deposition of Robert Tipton, Jr. on Thursday, September 18, 2025 beginning at 9:00 o'clock a.m. at the offices of Bridgforth, Buntin & Emerson, PLLC, 5293 Getwell Road, Southaven, Mississippi 38672. The deposition will be taken by means of stenography and/or videography before an official court reporter and notary public who is authorized to administer oaths.

This deposition will be taken for all purposes pursuant to the Federal Rules of Civil Procedure and will continue from day to day until completed. You are hereby invited to attend and take part in this deposition.

Dated: August 26, 2025.

                              Respectfully submitted,

                              PHELPS DUNBAR LLP


 BY:   */s/ Nicholas F. Morisani*
        D. Michael Hurst, Jr., MB #99990
        W. Thomas Siler, Jr., MS #6791
        Nicholas F. Morisani, MB #104970
        Sonya C. Dickson, MB #106284
        1905 Community Bank Way, Suite 200
        Flowood, Mississippi 39232
        Telephone: 601-352-2300
        Telecopier: 601-360-9777
        mike.hurst@phelps.com
        tommy.siler@phelps.com
        nicholas.morasani@phelps.com
        sonya.dickson@phelps.com

        And

        Andrew W. Coffman, MB#106207
        105 East Main Street, Suite 201
        Tupelo, Mississippi 38804
        Telephone: 662-842-7907
        Telecopier: 662-842-3873
        andrew.coffman@phelps.com

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on August 26, 2025, I electronically filed this document with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF counsel of record in this action.

*/s/ Nicholas F. Morisani*
Nicholas F. Morsani

PD.50646670.1