IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| HAROLD HARRIS; PASTOR ROBERT TIPTON, JR.; DELTA SIGMA THETA SORORITY, INC.; DESOTO COUNTY MS NAACP UNIT 5574 | PLAINTIFF |
| VS. | CIVIL ACTION NO.: 3:24-cv-00289-GHD-RP |
| DESOTO COUNTY, MISSISSIPPI; DESOTO COUNTY BOARD OF SUPERVISORS; DESOTO COUNTY ELECTION COMMISSION; and DALE THOMPSON in her official capacity as DeSoto County Circuit Clerk | DEFENDANTS |

**UNOPPOSED MOTION TO EXTEND
DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES**

Defendants, DeSoto County, Mississippi, DeSoto County Board of Supervisors, and DeSoto County Election Commission (collectively, "Defendants"), make this unopposed request for an extension of the discovery and dispositive motions deadlines until October 6, 2025, and October 20, 2025, respectively, stating the following in support:

1. On September 12, 2024, Plaintiffs their complaint in this case advancing a claim for violation of Section 2 of the Voting Rights Act, 52 U.S.C. § 10301. On February 19, 2025, the Court entered the Case Management Order [67], establishing September 26, 2025, as the discovery deadline and October 10, 2025, as the motions deadline. Since then, the parties have been diligently working to conduct discovery, as indicated throughout the docket for this case.

2. At this time, the parties are completing written discovery and taking depositions, but, given the highly complex and fact-intensive nature of voting rights litigation as well as the number of fact and expert witnesses to be deposed by the parties, the parties have engaged in numerous discussion about the need for additional time to complete the depositions in this case.

PD.50668664.1

As a result, the parties have agreed to a brief extension of the discovery and motions deadlines, as follows: (a) extending the discovery deadline from September 26, 2025, to October 6, 2025, and (b) extending the motions deadline from October 10, 2025, to October 20, 2025. The parties do not request any change to the trial date, January 26, 2026.

3. As indicated in the preceding paragraph, undersigned counsel contacted Plaintiffs' counsel regarding this request, and Plaintiffs do not oppose the requested extension.

4. Given the nature of this request, Defendants respectfully ask that the Court waive the requirement of a separate supporting memorandum.

For these reasons, Defendants request until October 6, 2025, and October 20, 2025, respectively, to complete discovery and file dispositive motions.

Dated: August 27, 2025.

Respectfully submitted,

PHELPS DUNBAR LLP

BY: */s/ Nicholas F. Morisani*
David Michael Hurst, Jr., MB #99990
W. Thomas Siler, MS #6791
Nicholas F. Morsani, MB #104970
1905 Community Bank Way
Suite 200
Flowood, Mississippi 39232
Telephone: 601-352-2300
Telecopier: 601-360-9777
mike.hurst@phelps.com
tommy.siler@phelps.com
nicholas.morasani@phelps.com

Andrew W. Coffman, MB#106207
105 East Main Street, Suite 201
Tupelo, Mississippi 38804
Telephone: 662-842-7907
Telecopier: 662-842-3873
andrew.coffman@phelps.com

*Attorneys for Defendants*

- 3 -

## CERTIFICATE OF SERVICE

I certify that on August 27, 2025, I electronically filed this unopposed motion with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF counsel of record in this action.

*/s/ Nicholas F. Morisani*
Nicholas F. Morsani
