# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**HAROLD HARRIS; PASTOR ROBERT TIPTON, JR.; DELTA SIGMA THETA SORORITY, INC.; AND DESOTO COUNTY MS NAACP UNIT 5574**                                  **PLAINTIFFS**

**VS.**                                  **CIVIL NO.: 3:24-CV-00289-GHD-RP**

**DESOTO COUNTY, MISSISSIPPI; DESOTO COUNTY BOARD OF SUPERVISORS; and DESOTO COUNTY ELECTION COMMISSION**                                          **DEFENDANTS**

## ORDER GRANTING UNOPPOSED MOTION
## TO EXTEND THE DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES

**BEFORE THE COURT** is Defendants' DeSoto County, Mississippi, DeSoto County Board of Supervisors, and DeSoto County Election Commission (collectively "Defendants"), Unopposed Motion to Extend the Discovery and Dispositive Motions Deadlines. Having considered the Motion, its unopposed nature, and relevant legal authority, the Court finds that the Motion is well-taken and should be granted.

**IT IS**, **THEREFORE**, **ORDERED AND ADJUDGED** that the parties are granted until October 6, 2025, to complete discovery and until October 20, 2025, to file any dispositive motions.

**SO ORDERED**, this the 27th day of August, 2025.

                                                        /s/ Roy Percy
                                                        UNITED STATES MAGISTRATE JUDGE