# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| HAROLD HARRIS; PASTOR ROBERT TIPTON, JR.; DELTA SIGMA THETA SORORITY, INC.; and DESOTO COUNTY MS NAACP UNIT 5574 | PLAINTIFFS |
| VS. | CIVIL ACTION NO.: 3:24-cv-00289-GHD-RP |
| DESOTO COUNTY, MISSISSIPPI; DESOTO COUNTY BOARD OF SUPERVISORS; and DESOTO COUNTY ELECTION COMMISSION | DEFENDANTS |

## NOTICE OF DEPOSITION OF MARVIN KING

**PLEASE TAKE NOTICE** that counsel for Defendants Desoto County, Mississippi, Desoto County Board of Supervisors, and the Desoto County Election Commission ("Defendants") will take the deposition of Marvin King on Thursday, October 2, 2025 beginning at 9:00 o'clock a.m. at the offices of Phelps Dunbar, LLP, 105 E. Main Street, Suite 201, Tupelo, MS 38804. The deposition will be taken by means of stenography and/or videography before an official court reporter and notary public who is authorized to administer oaths.

This deposition will be taken for all purposes pursuant to the Federal Rules of Civil Procedure and will continue from day to day until completed. You are hereby invited to attend and take part in this deposition.

Dated: August 29, 2025.

                                      Respectfully submitted,

                                      PHELPS DUNBAR LLP

                             BY:   <u>*/s/ Nicholas F. Morisani*</u>
                                    D. Michael Hurst, Jr., MB #99990
                                    W. Thomas Siler, Jr., MS #6791
                                    Nicholas F. Morisani, MB #104970
                                    Sonya C. Dickson, MB #106284
                                    1905 Community Bank Way, Suite 200
                                    Flowood, Mississippi 39232
                                    Telephone: 601-352-2300
                                    Telecopier: 601-360-9777
                                    mike.hurst@phelps.com
                                    tommy.siler@phelps.com
                                    nicholas.morasani@phelps.com
                                    sonya.dickson@phelps.com

                                    And

                                    Andrew W. Coffman, MB#106207
                                    105 East Main Street, Suite 201
                                    Tupelo, Mississippi 38804
                                    Telephone: 662-842-7907
                                    Telecopier: 662-842-3873
                                    andrew.coffman@phelps.com

                                  *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on August 29, 2025, I electronically filed this document with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF counsel of record in this action.

*/s/ Nicholas F. Morisani*
Nicholas F. Morsani

PD.50700794.1