# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| **HAROLD HARRIS; PASTOR ROBERT TIPTON, JR.; DELTA SIGMA THETA SORORITY, INC.; DESOTO COUNTY MS NAACP UNIT 5574** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO.: 3:24-cv-00289-GHD-RP** |
| **DESOTO COUNTY, MISSISSIPPI; DESOTO COUNTY BOARD OF SUPERVISORS; and DESOTO COUNTY ELECTION COMMISSION** | **DEFENDANTS** |

## NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM

**NOTICE** is hereby given that Defendants, DeSoto County, Mississippi, DeSoto County Board of Supervisors, and DeSoto County Election Commission (collectively, "Defendants"), intend to have a Subpoena *Duces Tecum* issued and served upon the following entity:

One Voice
c/o Derrick Johnson, Its Registered Agent
1072 W Lynch Street, Suite 10
Jackson, MS 39203

A copy of the Subpoena *Duces Tecum* is attached as Exhibit "A." The Subpoena *Duces Tecum* requires said entity to provide copies of certain documents and materials to be produced on or before September 23, 2025.

| | |
|---|---|
| <u>September 3, 2025</u> | <u>*/s/ Nicholas F. Morisani*</u> |
| Date | Signature |

<u>NICHOLAS F. MORISANI, MB #104970</u>

David Michael Hurst, Jr., MB #99990
W. Thomas Siler, MS #6791
Nicholas F. Morsani, MB #104970
Sonya C. Dickson, MB #106284
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232
Telephone: 601-352-2300
Telecopier: 601-360-9777
mike.hurst@phelps.com
tommy.siler@phelps.com
nicholas.morasani@phelps.com
sonya.dickson@phelps.com

Andrew W. Coffman, MB#106207
105 East Main Street, Suite 201
Tupelo, Mississippi 38804
Telephone: 662-842-7907
Telecopier: 662-842-3873
andrew.coffman@phelps.com

**ATTORNEYS FOR DEFENDANT**

- 2 -

**CERTIFICATE OF SERVICE**

I certify that on September 3, 2025, I electronically filed the above and foregoing *NOTICE* with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

*/s/ Nicholas F. Morisani*
Nicholas F. Morsani