# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

| | |
|---|---|
| **HAROLD HARRIS; PASTOR ROBERT TIPTON, JR.; DELTA SIGMA THETA SORORITY, INC.; and DESOTO COUNTY MS NAACP UNIT 5574** | **PLAINTIFFS** |
| **VS.** | **CIVIL ACTION NO.: 3:24-cv-00289-GHD-RP** |
| **DESOTO COUNTY, MISSISSIPPI; DESOTO COUNTY BOARD OF SUPERVISORS; and DESOTO COUNTY ELECTION COMMISSION** | **DEFENDANTS** |

## NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM

**NOTICE** is hereby given that Defendants, DeSoto County, Mississippi, DeSoto County Board of Supervisors, and DeSoto County Election Commission (collectively, "Defendants"), intend to have a Subpoena *Duces Tecum* issued and served upon the following entity:

Southern Echo, Inc.
c/o Rachel Mayes
1350 Livingston Lane, Suite C
Jackson, Mississippi 39213

A copy of the Subpoena *Duces Tecum* is attached as Exhibit "A." The Subpoena *Duces Tecum* requires said entity to provide copies of certain documents and materials to be produced on or before September 3, 2025.

| | |
|---|---|
| September 3, 2025 | */s/ Nicholas F. Morisani* |
| Date | Signature |

NICHOLAS F. MORISANI, MB #104970

David Michael Hurst, Jr., MB #99990
W. Thomas Siler, Jr., MS #6791
Nicholas F. Morisani, MB #104970
Sonya C. Dickson, MB #106284
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232
Telephone: 601-352-2300
Telecopier: 601-360-9777
mike.hurst@phelps.com
tommy.siler@phelps.com
nicholas.morasani@phelps.com
sonya.dickson@phelps.com

*And*

Andrew W. Coffman, MB#106207
105 East Main Street, Suite 201
Tupelo, Mississippi 38804
Telephone: 662-842-7907
Telecopier: 662-842-3873
andrew.coffman@phelps.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that on September 3, 2025, I electronically filed the above and foregoing *NOTICE* with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

*/s/ Nicholas F. Morisani*
Nicholas F. Morsani
