# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**HAROLD HARRIS; PASTOR ROBERT TIPTON, JR.; DELTA SIGMA THETA SORORITY, INC.; and DESOTO COUNTY MS NAACP UNIT 5574**      **PLAINTIFFS**

**VS.**      **CIVIL ACTION NO.: 3:24-cv-00289-GHD-RP**

**DESOTO COUNTY, MISSISSIPPI; DESOTO COUNTY BOARD OF SUPERVISORS; and DESOTO COUNTY ELECTION COMMISSION**      **DEFENDANTS**

## RE-NOTICE OF DEPOSITION OF JAMES WOODARD

**PLEASE TAKE NOTICE** that counsel for Defendants Desoto County, Mississippi, Desoto County Board of Supervisors, and the Desoto County Election Commission ("Defendants") will take the deposition of James Woodard on Tuesday, September 16, 2025 beginning at 9:00 o'clock a.m. at the offices of Bridgforth, Buntin & Emerson, PLLC, 5293 Getwell Road, Southaven, Mississippi 38672. The deposition will be taken by means of stenography and/or videography before an official court reporter and notary public who is authorized to administer oaths.

This deposition will be taken for all purposes pursuant to the Federal Rules of Civil Procedure and will continue from day to day until completed. You are hereby invited to attend and take part in this deposition.

| | |
|---|---|
| September 3, 2025 | */s/ Nicholas F. Morisani* |
| Date | Signature |

NICHOLAS F. MORISANI, MB #104970

David Michael Hurst, Jr., MB #99990
W. Thomas Siler, Jr., MS #6791
Nicholas F. Morisani, MB #104970
Sonya C. Dickson, MB #106284
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232
Telephone: 601-352-2300
Telecopier: 601-360-9777
mike.hurst@phelps.com
tommy.siler@phelps.com
Nicholas.morisani@phelps.com
sonya.dickson@phelps.com

*And*

Andrew W. Coffman, MB#106207
105 East Main Street, Suite 201
Tupelo, Mississippi 38804
Telephone: 662-842-7907
Telecopier: 662-842-3873
andrew.coffman@phelps.com

**ATTORNEYS FOR DEFENDANTS**

- 2 -

## **CERTIFICATE OF SERVICE**

I certify that on September 3, 2025, I electronically filed this document with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF counsel of record in this action.

*/s/ Nicholas F. Morisani*
Nicholas F. Morsani

PD.50724993.1