IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| HAROLD HARRIS; PASTOR ROBERT TIPTON, JR.; DELTA SIGMA THETA SORORITY, INC.; and DESOTO COUNTY MS NAACP UNIT 5574 | PLAINTIFFS |
| VS. | CIVIL ACTION NO.: 3:24-CV-00289-GHD-RP |
| DESOTO COUNTY, MISSISSIPPI; DESOTO COUNTY BOARD OF SUPERVISORS; and DESOTO COUNTY ELECTION COMMISSION | DEFENDANTS |

**DEFENDANTS' MOTION TO STAY PROCEEDINGS
OR, ALTERNATIVELY, MOTION FOR CONTINUANCE OF TRIAL**

Defendants DeSoto County, Mississippi, DeSoto County Board of Supervisors, and DeSoto County Election Commission ("Defendants") request a stay of all proceedings in this case pending the United States Supreme Court's resolution of *Louisiana v. Callais*, No. 24-109 (consolidated with *Robinson v. Callais*, No. 24-110) (collectively "*Callais*"). Alternatively, Defendants request a continuance of trial and corresponding pretrial deadlines in light of this upcoming decision. Counsel for Plaintiffs were contacted regarding this request, which they oppose.

The contemporaneously filed memorandum in support sets forth the grounds for the requested relief, including that *Callais* involves issues relating to the interpretation and application of Section 2 of the Voting Rights Act, and more fundamentally, questions related to the constitutionality of interpreting Section 2 to mandate the creation of a majority-minority district, which will have a direct and substantial impact on the outcome of this case and could potentially be dispositive of the issues here, and that, alternatively and relatedly, good cause exists to continue trial and corresponding pretrial deadlines.

PD.50738674.1

For the reasons articulated in the contemporaneously filed supporting memorandum, Defendants request an order to stay proceedings in this case pending a decision in *Callais* or alternatively, to continue trial and corresponding pretrial deadlines in light of this forthcoming decision.

Dated: September 3, 2025.

        Respectfully submitted,

        PHELPS DUNBAR LLP

        BY:  */s/ Nicholas F. Morisani*
             D. Michael Hurst, Jr., MB #99990
             W. Thomas Siler, Jr., MS #6791
             Nicholas F. Morisani, MB #104970
             Sonya C. Dickson, MB #106284
             1905 Community Bank Way, Suite 200
             Flowood, Mississippi 39232
             Telephone: 601-352-2300
             Telecopier: 601-360-9777
             mike.hurst@phelps.com
             nicholas.morisani@phelps.com
             tommy.siler@phelps.com
             sonya.dickson@phelps.com

        *And*

        Andrew W. Coffman, MB#106207
        105 East Main Street, Suite 201
        Tupelo, Mississippi 38804
        Telephone: 662-842-7907
        Telecopier: 662-842-3873
        andrew.coffman@phelps.com

        **ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

  I certify that on September 3, 2025, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record in this action.

          */s/ Nicholas F. Morisani*
          Nicholas F. Morisani

3

PD.50738674.1