# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| HAROLD HARRIS; PASTOR ROBERT TIPTON, JR.; DELTA SIGMA THETA SORORITY, INC.; and DESOTO COUNTY MS NAACP UNIT 5574 | PLAINTIFFS |
| VS. | CIVIL NO.: 3:24-CV-00289-GHD-RP |
| DESOTO COUNTY, MISSISSIPPI; DESOTO COUNTY BOARD OF SUPERVISORS; and DESOTO COUNTY ELECTION COMMISSION | DEFENDANTS |

### DEFENDANTS' MOTION TO STRIKE PORTIONS OF WILLIAM S. COOPER'S REPLY REPORT

Defendants DeSoto County, Mississippi, DeSoto County Board of Supervisors, and DeSoto County Election Commission ("Defendants") move to strike portions of William S. Cooper reply report. The contemporaneously filed memorandum in support sets forth the grounds for the requested relief, including that portions of Coooper's reply report exceeds the scope of permissible rebuttal or supplementation, and that the governing factors weigh in favor of striking these improper expert disclosures and excluding any related testimony.

In addition to the memorandum, Defendants offer the following exhibits in support:

Exhibit "A" – Cooper Initial Report

Exhibit "B" – Trende Report

Exhibit "C" – Copper Reply Report

For the reasons articulated in the contemporaneously filed supporting memorandum, Defendants request an order striking portions of Cooper's reply report.

Dated: September 5, 2025.

PD.50761992.1

Respectfully submitted,

PHELPS DUNBAR LLP

BY: */s/ Nicholas F. Morisani*
    D. Michael Hurst, Jr., MB #99990
    W. Thomas Siler, Jr., MS #6791
    Nicholas F. Morisani, MB #104970
    Sonya C. Dickson, MB #106284
    1905 Community Bank Way, Suite 200
    Flowood, Mississippi 39232
    Telephone: 601-352-2300
    Telecopier: 601-360-9777
    mike.hurst@phelps.com
    nicholas.morisani@phelps.com
    tommy.siler@phelps.com
    sonya.dickson@phelps.com

*And*

Andrew W. Coffman, MB#106207
105 East Main Street, Suite 201
Tupelo, Mississippi 38804
Telephone: 662-842-7907
Telecopier: 662-842-3873
andrew.coffman@phelps.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that on September 5, 2025, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Nicholas F. Morisani*
Nicholas F. Morsani
