**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

| | |
|---|---|
| HAROLD HARRIS et al., | |
| Plaintiffs, | |
| vs. | No. 3:24-cv-00289-GHD-RP |
| DESOTO COUNTY, MISSISSIPPI et al., | |
| Defendants. | |

**<u>EXPERT REPORT OF WILLIAM S. COOPER</u>**


**<u>APRIL 18, 2025</u>**


| Exhibit A |
|:---:|

# I. INTRODUCTION

My name is William S. Cooper. I have a B.A. in Economics from Davidson College. As a private consultant, I currently serve as a demographic and redistricting expert in the above-captioned case. I am being compensated at a rate of $170 per hour. No part of my compensation is dependent upon the conclusions that I reach or the opinions that I offer.

## A. <u>Redistricting Experience</u>

I have testified at trial as an expert witness on redistricting and demographics in federal courts in about 60 voting rights cases since the late 1980s. Eight of these lawsuits resulted in changes to statewide legislative boundaries: *Rural West Tennessee African-American Affairs Council, Inc. v. McWherter*, No. 92-cv-2407 (W.D. Tenn.); *Old Person v. Brown*, No. 96-cv-0004 (D. Mont.); *Bone Shirt v. Hazeltine*, No. 01-cv-3032 (D.S.D.); *Alabama Legislative Black Caucus v. Alabama*, No. 12-cv-691 (M.D. Ala.); *Thomas v. Reeves*, No. 18-cv-441 (S.D. Miss.); *Caster v. Merrill*, No. 21-1356-AMM (N.D. Ala.); *Pendergrass v. Raffensperger*, No. 21-05337-SCJ (N.D. Ga.); and *Alpha Phi Alpha Fraternity v. Raffensperger*, No. 21-05339-SCJ (N.D. Ga.). In *Bone Shirt v. Hazeltine*, the court adopted the remedial plan I developed. Approximately 27 of the cases where I provided trial testimony led to changes in local election district plans.

Since the release of the 2020 Census, I have testified at trial as an expert witness in redistricting and demographics in 10 cases challenging district boundaries under Section 2 of the Voting Rights Act: *Caster v. Merrill*, No. 21-1356-AMM (N.D. Ala.) (*Allen v. Milligan*); *Pendergrass v. Raffensperger*, No. 21-05337-SCJ (N.D. Ga.); *Alpha Phi Alpha Fraternity v. Raffensperger*, No. 21-05339-SCJ (N.D. Ga.); *NAACP v. Baltimore County*, No. 21-cv-03232-LKG (D. Md.); *Christian Ministerial Alliance v. Hutchinson*, No. 4:19-cv-402-JM (E.D. Ark.); *Robinson v. Landry*, No. 3:22-cv-00211-SDD-SDJ (M.D. La.); *Caroline County Branch of the NAACP v. Town of Federalsburg*, No. 23-00484-SAG (D. Md.); *Nairne v. Landry* No. 3:22-cv-00178-SDD-SDJ (M.D. La.); *Mississippi State Conference of the NAACP v. State Board of Election Commissioners*, No. 3:22-cv-734-DPJ-HSO-LHS (S.D. Miss.); *White v. State Board of Election Commissioners*, No. 4:22-cv-62-MPM-JMV (N.D. Miss.). In *Caster v. Merrill*, as one example, a three-judge panel unanimously found my testimony "highly credible," which was cited by the Supreme Court in *Allen v. Milligan*, 599 U.S. 1, 31–33 (2023).

In 2025, I testified at trial as an expert on demographics and redistricting in a racial gerrymandering lawsuit: *McClure v. Jefferson County Commission*, No. 2:23-cv-00443-MHH (N.D. Ala.). I also testified for a second time in *Allen v. Milligan.*

Since the release of the 2020 Census, election plans that I developed as a private consultant to local governments have been adopted in San Juan County,

Utah and in three Mississippi jurisdictions: Bolivar County, Washington County, and the City of Grenada.

Since 2022, two school districts have adopted remedial plans that I developed on behalf of the prevailing plaintiffs: the East Ramapo School District in Rockland County, NY (*NAACP Spring Valley Branch v. East Ramapo Central School District et al*, No. 7:2017-cv-08943 (S.D.N.Y. 2020)), and, in 2024, the Sunnyside School District in Yakima County, WA (*Empowering Latina Leadership and Action (ELLA) v. Sunnyside School District*) under the Washington Voting Rights Act. Recently, I served as a consultant to the Holbrook United School District 3 ("HUSD 3") in Navajo County, Arizona. A new redistricting plan (developed by the Navajo Nation with my technical input) was adopted by the HUSD 3 School Board on March 4, 2025.

I currently serve as a redistricting consultant to a broad-based coalition of voters in Baltimore County, Maryland as the County Council transitions from a seven single-member district plan to a nine single-member district plan. Two initial illustrative plans that I prepared for public review were delivered to the Baltimore County Council on March 6, 2025.

In addition, during the post-2020 Census timeframe, I testified at trial in two cases unrelated to redistricting as an expert in demographics: *Florida State Conference of the NAACP v. Lee*, No. 4:21-cv-187-MW/MAF (N.D. Fla.) and

4

*Thomas v. St. Martin Parish School Board*, No. 6:65-cv-11314 (W.D. La.), a school desegregation case involving the St. Martin Parish School Board.

For additional historical information on my testimony as an expert witness and experience preparing and assessing proposed redistricting maps, see a summary of my redistricting work attached as **Exhibit A**.

## B. Purpose of Report

The attorneys for the Plaintiffs in this matter asked me to determine whether the Black population[1] in DeSoto County is "sufficiently large and geographically compact" to allow for one majority-Black district in a five-district plan — i.e., a single-member district that meets the first *Gingles* precondition ("Gingles 1").[2]

In DeSoto County, five county offices are elected from identical single-member districts in a five-district plan: the Board of Supervisors, Board of Education, Election Commission, Justice Court, and Constables. Throughout this report, I refer to all five of the multi-office districts as "Supervisor" districts.

---

[1] Unless otherwise indicated, I define the Black population as all persons who are single-race Black or some part Black, i.e. Any Part Black. This definition is consistent with the definition employed by the Mississippi Legislature for post-2020 statewide redistricting and standard for Section 2 cases. *See* U.S. Department of Justice, *Guidance under Section 2 of the Voting Rights Act, 52 U.S.C. 10301, for redistricting and methods of electing government bodies* (September 1, 2021), at 12, https://www.justice.gov/archives/opa/press-release/file/1429486/dl.

[2] *Thornburg v. Gingles*, 478 U.S. 30, 50 (1986).

The attorneys for the Plaintiffs also asked me to include in my report information on demographic and socioeconomic characteristics of the Black and White populations in DeSoto County and its municipalities.

**Exhibit B** describes the sources and methodology I have employed in the preparation of this report. Briefly, I used the *Maptitude for Redistricting* software program to develop and analyze plans. I relied on population data and geographic shapefiles from the U.S. Census Bureau ("Census Bureau"). I also relied on data and geographic shapefiles and PDF maps from the DeSoto County geographic information system (GIS) office, including current municipal boundaries.

C. **Summary and Conclusions**

The three illustrative five-district plans that I have prepared demonstrate three different ways to draw a majority-Black district based on the 2020 Census. Each illustrative plan meets the 50%+1 Gingles 1 requirement[3] in a majority-Black district, with a majority Black voting age population ("BVAP").

All three of the illustrative plans comply with traditional redistricting principles, including population equality, compactness, contiguity, respect for communities of interest, and the non-dilution of minority voting strength.

---

[3] *Bartlett v. Strickland*, 556 U.S. 1 (2009).

The Black population in DeSoto County has grown rapidly since the 2000 Census—in both absolute terms and as a percentage of the total population. Under the 2000 Census, the Black population represented 11.58% of the County's population.[4] By the 2020 Census, 31.71% of the population in DeSoto County was Black.[5] According to the Census Bureau's 2023 population estimates, the Black population has climbed to 36.21%.[6]

In DeSoto County, the non-Hispanic White population[7] outpaces the Black population across almost all measures of socioeconomic well-being, as reported in the 2019-2023 *American Community Survey 5-Year Estimates* ("2019-2023 ACS") published by the Census Bureau.

## D. <u>Organization of Report</u>

The remainder of this report is organized as follows:

▪ **Section II** reviews current and historical county and municipal demographics, as reported in the decennial Census, along with post-2020 population estimates published by the Census Bureau.

---

[4] Available at https://www.census.gov/programs-surveys/decennial-census/about/rdo/summary-files.2000.html#list-tab-489208232

[5] Available at https://www.census.gov/programs-surveys/decennial-census/about/rdo/summary-files.2020.html#list-tab-489208232

[6] Available at https://www.census.gov/data/tables/time-series/demo/popest/2020s-counties-detail.html

[7] Throughout this report, "non-Hispanic White", "White", and "NH White" are synonymous. All three terms refer to persons who self-identified as single-race non-Hispanic White in the decennial Census.

- ▪ **Section III** reviews post-2020 redistricting in DeSoto County: (A) the Benchmark 2011 Supervisor Plan and (B) the Enacted 2022 Supervisor Plan.

- ▪ **Section IV** describes three illustrative five-district Supervisor plans that I have prepared for the Gingles 1 phase of this lawsuit

- ▪ **Section V** reviews indicators of socioeconomic well-being for the Black and White populations in Desoto County, as reported by the Census Bureau in the 2019-2023 5-Year American Community Survey.

## II. DEMOGRAPHIC PROFILE OF DESOTO COUNTY

### A. <u>Black Population Change in the 1900s</u>

DeSoto County is situated in the northwest corner of the state along the Mississippi River. It is one of Mississippi's historical Black Belt Delta counties.

In the 1900 Census, Black persons constituted about 75% of the population in DeSoto County. With a 1900 population of 24,751 persons,[8] a total roughly unchanged since the Civil War, DeSoto County remained a rural county with a cotton/agricultural-based economy.

As the 20th Century progressed, DeSoto County's overall population grew while the Black population component steadily declined as a percentage of total population. By 2000, the Black population in the County had fallen to 11.58% of the total—down from 12.67% in the 1990 Census.[9]

---

[8] 1900 Decennial Census.

[9] PL94-171 Redistricting File (Census 1990).

B. <u>**Three Decades of 21st Century Black Population Growth**</u>

Starting in the 2000s, the decades-long Black population decline in DeSoto County reversed. Black households moved north from the rural Delta counties to take advantage of better economic opportunities around metropolitan Memphis. The Black population nearly tripled in size between 2000 and 2010 (from 12,409 to 36,375).

As shown in **Figure 1**, according to the 2020 Census, DeSoto County has a total population of 185,314. Non-Hispanic White persons comprise 58.53% of the total population, down from 84.72% in 2000. By contrast, since 2000, there has been a sharp increase in the Black population. In the 2020 Census, 31.71% of the County's population is Black, up from 11.58% in 2000 and 22.56% in 2010. The overall minority population (i.e., non-White) is 41.47%, up from 15.28% in 2000. Since 2000, the Latino population in DeSoto County has also increased, from 2,516 to 11,381 in 2020.[10]

---

[10] PL94-171 Redistricting File (Census 2000, 2010, and 2020).

9

**Figure 1: DeSoto County – 2000 Census to 2020 Census and 2023 Estimates
Population by Race and Ethnicity**

| | 2000 Number | Percent | 2010 Number | Percent | 2020 Number | Percent | 2023 Estimate [11] | Percent |
|---|---|---|---|---|---|---|---|---|
| **Total Population** | 107,199 | 100% | 161,252 | 100.00% | 185,314 | 100% | 193,247 | 100% |
| NH White | 90,816 | 84.72% | 113,553 | 70.42% | 108,466 | 58.53% | 107,507 | 55.63% |
| **Minority Subtotal** | 16,383 | 15.28% | 47,699 | 29.58% | 76,848 | 41.47% | 85,740 | 44.37% |
| Latino | 2,516 | 2.35% | 8,086 | 5.01% | 10,161 | 5.48% | 11,381 | 5.89% |
| Any Part Black | 12,409 | 11.58% | 36,375 | 22.56% | 58,768 | 31.71% | 69,979 | 36.21% |

According to the 2020 Census, DeSoto County is the third most populous county in the state behind Hinds and Harrison Counties. The 2020 Black population in DeSoto County ranks second in size behind Hinds County.

The Black population in DeSoto County has continued to grow this decade. According to 2023 population estimates published by the Census Bureau (shown in the rightmost column of **Figure 1)**, the Black population accounts for 36.21% of DeSoto County's population, up from 31.71% in 2020.[12]

Between 2020 and 2023, the Black population in DeSoto County is estimated by the Census Bureau to have grown by 11,211 persons. Meanwhile, the White

---

[11] In the March 2025 release cited in note 13, *infra*, the Census Bureau revised total 2023 estimated population up from 193,247 to 193,961

[12] Available at https://www.census.gov/data/tables/time-series/demo/popest/2020s-counties-detail.html.

population has dropped by an estimated 959 persons to 107,507, representing 55.63% of the 2023 countywide population, down from 58.53% in 2020.

County-level 2024 estimates by race and ethnicity will be published by the Census Bureau in June 2025. The 2024 total population estimate for DeSoto County is 195,871, up by more than 2,000 persons since 2023.[13]

As shown in **Figure 2,** according to the 2020 Census, the Black population is concentrated in incorporated areas of the County running west-to-east along the Tennessee state line—Horn Lake (51.41% Black), Southaven (35.56% Black), and Olive Branch (36.55% Black).

### Figure 2: DeSoto County Municipalities – 2020 Census Population by Race and Ethnicity

| Municipality | 2020 Pop | NH White | % NH White | Minority | % Minority | Latino | % Latino | Black | % Black |
|---|---|---|---|---|---|---|---|---|---|
| Hernando | 17,138 | 13,193 | 76.98% | 3,945 | 23.02% | 1,021 | 5.96% | 2,182 | 12.73% |
| Horn Lake | 26,736 | 10,098 | 37.77% | 16,638 | 62.23% | 2,075 | 7.76% | 13,746 | 51.41% |
| Olive Branch | 39,711 | 21,638 | 54.49% | 18,073 | 45.51% | 1,860 | 4.68% | 14,513 | 36.55% |
| Southaven | 54,648 | 29,164 | 53.37% | 25,484 | 46.63% | 3,346 | 6.12% | 19,433 | 35.56% |
| Walls | 1,351 | 416 | 30.79% | 935 | 69.21% | 48 | 3.55% | 828 | 61.29% |
| **Incorporated** | **139,584** | **74,509** | **53.38%** | **65,075** | **46.62%** | **8,350** | **5.98%** | **50,702** | **36.32%** |
| **Unincorporated** | **45,730** | **33,957** | **74.26%** | **33,956** | **74.25%** | **1,811** | **3.96%** | **8,066** | **17.64%** |

---

[13] 2024 population estimates by county were published by the Census Bureau in March 2025. Available at https://www.census.gov/data/tables/time-series/demo/popest/2020s-counties-total.html

More than half (56.5%) of the countywide Black population (33,179 out of 58,768) lives in Horn Lake (Black pop. 13,746) and adjacent Southaven (Black pop. 19,433). The 2020 Black population in these two municipalities combined is equivalent to 89.5% of the ideal district size of 37,063 persons in a five-district plan (185,314 divided by five).

Southaven has the third largest population and sixth largest Black population among municipalities in the state, according to the 2020 Census. Olive Branch ranks tenth in the state in the size of both its total population and Black population. Horn Lake ranks thirteenth in population and tenth in Black population.

The map in **Figure 3** depicts census block group-level[14] 2020 Black population by percentage, with a dotted blue-line overlay of 2020 municipal and unincorporated boundaries. DeSoto County's Black population is concentrated in and around municipalities adjacent to or near the Tennessee state line.

---

[14] The Census Bureau defines "block groups" as "statistical divisions of census tracts and are generally defined to contain between 600 and 3,000 people." *See* https://www.census.gov/programs-surveys/geography/about/glossary.html#par_textimage_4

**Figure 3: DeSoto County – Percent Black by 2020 Census Block Group**



The map in **Figure 4** depicts median household income by Census block group (for all households regardless of race), as reported in the 5-year 2019-2023 ACS. Dotted blue lines demarcate municipalities and unincorporated census designated places. A comparison of the maps in **Figure 3** and **Figure 4** indicates that median household income for the predominantly Black block groups is lower than in block groups that are majority-White.

**Figure 4: DeSoto County – Median Household Income (2019-23 ACS)**



## C. Post-2020 Municipal Population Change

As revealed in **Figure 5**, most of the population growth in the County between 2020 and 2023 has occurred in Southaven and Olive Branch where the Black population accounted for more than half of the countywide population in 2020.[15]

---

15 Post-2020 population estimates by race and ethnicity produced by the Census Bureau are not available at the municipal level.

14

**Figure 5: Population by Municipality – 2020 with 2023 Estimates**

| Municipality | 2020 Pop. | 2023 Est. | Change 2020 to 2023 | % Change 2020 to 2023 |
|---|---|---|---|---|
| Hernando | 17,138 | 18,239 | 1,101 | 6.4% |
| Horn Lake | 26,736 | 26,468 | -268 | -1.0% |
| Olive Branch | 39,711 | 47,029 | 7,318 | 18.4% |
| Southaven | 54,648 | 56,851 | 2,203 | 4.0% |
| Walls | 1,351 | 1,389 | 38 | 2.8% |
| Incorporated | 139,584 | 149,976 | 10,392 | 7.4% |
| Unincorporated | 45,730 | 43,271 | -2,459 | -5.4% |
| **Countywide Total** | **185,314** | **193,247** | **7,933** | **4.3%** |

The 2023 population estimates indicate that incorporated areas of the County are growing (+7.4%), while unincorporated areas are losing population (-5.4%) since 2020.[16]

Since 2020, based on the 2023 population estimates, Horn Lake's population is relatively unchanged with an estimated 1% drop, while Southaven's population has grown by 4%. The population in Olive Branch has grown by 18% (more than 7,000 persons) as a result of a 2021 annexation.

---

[16] Municipal population estimates for 2024 will be published by the Census Bureau in April 2025.

15

## III. POST-2020 REDISTRICTING IN DESOTO COUNTY

### A. DeSoto County 2011 Benchmark Supervisor Plan – 2020 Census

Upon release of the 2020 Census, it was clear that population growth throughout the County (from 161,252 in 2010 to 185,314) had resulted in a Board of Supervisors election plan that was severely malapportioned.

The ideal district size based on the 2010 Census for one of the five districts was 32,250 (161,252 divided by five). Under the 2020 Census, the ideal district size increased to 37,063 (185,314 divided by five).

The table in **Figure 5** summarizes population statistics under the 2011 Supervisor Plan. According to the 2020 Census, the overall deviation from the ideal district size was 26.48% (deviation of the most overpopulated district plus the absolute value of the deviation of the most underpopulated district). Generally, to comply with one-person one-vote requirements, an election district plan should be comprised of districts within plus or minus 5% of the ideal district population size.

**Figure 5: Benchmark 2011 Plan – 2020 Census**

| District | Population | Deviation | % Deviation | 18+ Pop | % 18+ AP Black | % 18+ Latino | % 18+ NH White |
|---|---|---|---|---|---|---|---|
| 1 | 39,222 | 2,159 | 5.83% | 29,049 | 31.16% | 4.28% | 60.49% |
| 2 | 39,985 | 2,922 | 7.88% | 30,597 | 29.81% | 3.41% | 61.34% |
| 3 | 31,331 | -5,732 | -15.47% | 22,860 | 39.42% | 6.68% | 50.41% |
| 4 | 33,634 | -3,429 | -9.25% | 25,222 | 38.10% | 6.49% | 51.78% |
| 5 | 41,142 | 4,079 | 11.01% | 30,286 | 13.39% | 2.95% | 79.40% |

16

As shown in **Figure 6,** District 3 (39.42% BVAP in 2020) encompassed much of the northwest quadrant of the County, with a deviation from the ideal district size of -15.49%.

**Figure 6: DeSoto County – Benchmark 2011 Plan**



A higher resolution map of the Benchmark 2011 Plan is in **Exhibit C-1**, with detailed population summary statistics in **Exhibit C-2**. **Exhibit C-3** identifies municipal splits. **Exhibit C-4** reports compactness scores. **Exhibit C-5** identifies

VTD[17] splits.

## B. 2022 Enacted DeSoto County Supervisor Plan

The Enacted Supervisor Plan was promulgated in the summer of 2022. As can be discerned by reviewing the block group-level map in **Figure 3,** *supra*, with the Enacted Plan map (**Figure 7**) and population summary (**Figure 8),** the Black population in western DeSoto County and along the Tennessee border is fragmented or cracked across two Supervisor districts—District 3 (39.11%) and District 4 (34.86% BVAP).

---

[17] VTDs (Voting Tabulation Districts) are synonymous with precincts as defined by the Census Bureau in the 2020 Census

**Figure 7: DeSoto County Enacted Supervisor Plan**



Under the Enacted Plan, a total of 25 DeSoto County officials are elected from the five Supervisor districts. **Figure 8** breaks out the population summary for the five districts in the Enacted Plan.

**Figure 8:  Enacted Supervisor Plan – 2020 Census**

| District | Population | Deviation | % Deviation | 18+ Pop | % 18+ AP Black | % 18+ Latino | % 18+ NH White |
|---|---|---|---|---|---|---|---|
| 1 | 38,177 | 1,114 | 3.01% | 28,238 | 31.24% | 4.28% | 60.42% |
| 2 | 38,212 | 1,149 | 3.10% | 29,218 | 29.50% | 3.45% | 61.62% |
| 3 | 35,311 | -1,752 | -4.73% | 25,832 | 39.11% | 6.34% | 51.11% |
| 4 | 35,590 | -1,473 | -3.97% | 26,639 | 34.86% | 6.29% | 55.19% |
| 5 | 38,024 | 961 | 2.59% | 28,087 | 14.31% | 2.90% | 78.34% |

A higher resolution map of the Enacted Plan is in **Exhibit D-1**, with detailed population summary statistics in **Exhibit D-2**. The remainder of the **Exhibit D series** follows the same format as the Exhibit C series (Benchmark 2011 Plan).

The Enacted Plan can be viewed online in detail on the Dave's Redistricting Application (DRA) website via the link below:

https://davesredistricting.org/join/d1c08b6d-8cf3-4e4f-a3a6-a509211d7381.

## IV. ILLUSTRATIVE GINGLES 1 SUPERVISOR PLANS

## A. <u>Traditional Redistricting Principles</u>

All three of the illustrative plans I have developed adhere to traditional redistricting principles. The items below describe traditional redistricting principles that I considered as I drew the illustrative plans. Redistricting plans should:

- Meet one person, one vote requirements: Election plans should stay within a +5% to -5% deviation range of the ideal district size (37,063)—calculated by dividing the total population of DeSoto County by five.

- Maintain reasonably shaped districts that are contiguous and compact. There are various methods to quantitatively measure compactness. I have relied on two of the numerous methods that have been accepted by courts: Reock[18] and Polsby

---

[18] "The Reock test is an area-based measure that compares each district to a circle, which is considered to be the most compact shape possible. For each district, the Reock test computes the ratio of the area of the district to the area of the minimum enclosing circle for the district. The measure is always between 0 and 1, with 1 being the most compact. The Reock test computes one number for each district and the minimum, maximum, mean and standard deviation for the plan." *Maptitude For Redistricting* software documentation (authored by the Caliper Corporation).

Popper.[19]  For both measures, scores range between 0 and 1. Higher scores are better (indicating a more compact district).

- Follow political subdivision boundaries where practicable, i.e. avoid splitting precincts and municipalities (sometimes subsumed under "communities of interest").

- Preserve communities of interest.  Communities of interest are groups of individuals who have similar legislative concerns.

- Avoid dilution of minority voting strength.

As shown in the summary redistricting metrics table in **Figure 20,** *infra*, the illustrative plans are generally on par or superior to the Enacted Plan across a range of metrics that measure the extent to which an election plan adheres to traditional redistricting principles.

## B. Illustrative Plan 1

Illustrative Plan 1 prioritizes the compactness of the overall plan. As shown in the **Figure 10** map, Illustrative Plan 1 is reasonably shaped with straight-line boundaries. District 3 meets the Gingles 1 50%+1 prerequisite. It encompasses a Black population that is "sufficiently large and geographically compact" to form a majority of the district's VAP.

---

[19] The Polsby-Popper test computes the ratio of the district area to the area of a circle with the same perimeter: 4pArea/ (Perimeter2). The measure is always between 0 and 1, with 1 being the most compact. The Polsby-Popper test computes one number for each district and the minimum, maximum, mean and standard deviation for the plan. *Maptitude For Redistricting* software documentation (authored by the Caliper Corporation).

Majority-Black District 3 encompasses most of Horn Lake and part of Southaven. District 3 has an area of 24.1 square miles, representing less than 5% of DeSoto County's total area of 495 square miles. As shown in **Exhibit E-4**, District 3 registers very high compactness scores based on the two most widely referenced measures—Reock (.48) and Polsby-Popper (.41).

**Figure 10:  Illustrative Plan 1**



**Figure 11** provides a population summary for the five districts in Illustrative Plan 1.

**Figure 11: Illustrative Plan 1 – 2020 Census**

| District | Population | Deviation | % Deviation | 18+ Pop | % 18+ AP Black | % 18+ Latino | % 18+ NH White |
|----------|-----------|-----------|-------------|---------|----------------|--------------|----------------|
| 1 | 36,733 | -330 | -0.89% | 27,235 | 32.09% | 4.41% | 59.37% |
| 2 | 37,405 | 342 | 0.92% | 28,746 | 30.63% | 4.47% | 60.56% |
| 3 | 36,730 | -333 | -0.90% | 26,549 | 50.06% | 6.86% | 39.80% |
| 4 | 38,243 | 1,180 | 3.18% | 28,852 | 23.64% | 4.30% | 67.64% |
| 5 | 36,203 | -860 | -2.32% | 26,632 | 11.99% | 2.99% | 80.02% |

A higher resolution map of Illustrative Plan 1 is in **Exhibit E-1**, with detailed population summary statistics in **Exhibit E-2**. **Exhibit E-3** identifies municipal and unincorporated place splits. **Exhibit E-4** reports compactness scores. **Exhibit E-5** identifies VTD splits.

**Figure 12** compares Illustrative Plan 1 against the Enacted Plan. With the exception of incumbent conflicts, it is the clear winner in six of the seven categories.

**Figure 12: Redistricting Metrics – Enacted vs. Illustrative Plan 1**

| Metric | Enacted Plan | Illustrative Plan 1 |
|--------|--------------|---------------------|
| Populated VTD Splits* | 15 | 4 |
| Municipal Splits* | 15 | 11 |
| Population Deviation** | 7.83% | 5.5% |
| Compactness – Reock*** | .37 | .45 |
| Compactness – Polsby*** | .32 | .34 |
| Incumbent Conflicts (out of 25) | 0 | 15 |
| Highest BVAP district | 39.11% | 50.06% |

\* Excluding unpopulated splits – lower is better
\*\* Deviation – lower is better
\*\*\* Mean score – higher is better

Illustrative Plan 1 can be viewed online in detail on the Dave's Redistricting

Application (DRA) website via the link below:

https://davesredistricting.org/join/67def844-d6af-4a58-b08b-bdc08c9c4900

## C. Illustrative Plan 2

I drew Illustrative Plan 2 in order to demonstrate that a majority-Black

Supervisor district can be drawn without pairing any of the incumbent officeholders

in the overall plan. Avoiding incumbent conflicts is not a traditional redistricting

principle *per se* but is often a background factor.

Using the *Maptitude for Redistricting* software, I geocoded a list of 25

addresses identified by office and district assignment. The list was provided to me

by the attorneys for the plaintiffs.

As depicted in **Figure 13**, District 3 is 50.05% BVAP. Along the west side,

District 3 encompasses all of Walls, the unincorporated communities of Lynchburg

and Lakeview, and areas north to the Tennessee line. Most of Horn Lake and the

western part of Southaven are in District 3. Areas to the north and east of Horn

Lake within Southaven are also included in District 3.

24

### Figure 13:  Illustrative Plan 2



**Figure 14** provides a population summary for the five districts in Illustrative

Plan 2.

### Figure 14:  Illustrative Plan 2 – 2020 Census

| District | Population | Deviation | % Deviation | 18+ Pop | % 18+ AP Black | % 18+ Latino | % 18+ NH White |
|---|---|---|---|---|---|---|---|
| 1 | 38,177 | 1,114 | 3.01% | 28,238 | 31.24% | 4.28% | 60.42% |
| 2 | 38,455 | 1,392 | 3.76% | 29,324 | 28.45% | 4.66% | 61.81% |
| 3 | 36,800 | -263 | -0.71% | 26,451 | 50.05% | 6.64% | 40.15% |
| 4 | 35,983 | -1,080 | -2.91% | 27,391 | 18.18% | 4.44% | 73.14% |
| 5 | 35,899 | -1,164 | -3.14% | 26,610 | 20.54% | 2.99% | 71.89% |

A higher resolution map of Illustrative Plan 2 is in **Exhibit F-1**, with detailed population summary statistics in **Exhibit F-2**. The remainder of the **Exhibit F series** follows the same format as the Exhibit E series.

**Figure 16** compares Illustrative Plan 2 against the Enacted Plan. Illustrative Plan 2 avoids incumbent conflicts, with other plan metrics that are in the same range as the Enacted Plan.

**Figure 16: Redistricting Metrics –Enacted vs. Illustrative Plan 2**

| Metric | Enacted Plan | Illustrative Plan 2 |
|---|---|---|
| Populated VTD Splits* | 15 | 14 |
| Municipal Splits* | 15 | 14 |
| Population Deviation** | 7.83% | 6.9% |
| Compactness – Reock*** | .37 | .36 |
| Compactness – Polsby*** | .32 | .26 |
| Incumbent Conflicts (out of 25) | 0 | 0 |
| Highest BVAP District | 39.11% | 50.05% |

\* Excluding unpopulated splits – lower is better
\*\* Deviation – lower is better
\*\*\* Mean score – higher is better

Illustrative Plan 2 can be viewed online in detail on the Dave's Redistricting Application (DRA) website via the link below:

https://davesredistricting.org/join/5c7b5654-6e6d-4e09-b379-6ee833fea36d

## D. <u>Illustrative Plan 3</u>

There are numerous ways to fit a majority-Black district into a five-district plan that adheres to traditional redistricting principles. For example, as shown in **Figure 17**, Illustrative Plan 3 is configured to hold constant the internal boundary

26

between District 4 and District 5 in central Hernando around the Hill Street area, as drawn in the Enacted Plan. It is my understanding that splitting Hernando in this fashion was a preference of an incumbent alderman in Hernando.

**Figure 17: Illustrative Plan 3**



With the reconfiguration around Hernando, it is necessary to pair two constable-incumbents in District 4. Elsewhere, there are no other conflicts. **Figure 18** provides a population summary for the five districts in Illustrative Plan 3.

27

**Figure 18: Illustrative Plan 3 – 2020 Census**

| District | Population | Deviation | % Deviation | 18+ Pop | % 18+ AP Black | % 18+ Latino | % 18+ NH White |
|---|---|---|---|---|---|---|---|
| 1 | 37,788 | 725 | 1.96% | 28,391 | 34.03% | 4.15% | 57.75% |
| 2 | 37,471 | 408 | 1.10% | 28,574 | 29.62% | 4.74% | 60.63% |
| 3 | 36,380 | -683 | -1.84% | 26,365 | 50.17% | 6.76% | 39.74% |
| 4 | 36,976 | -87 | -0.23% | 27,987 | 19.01% | 4.23% | 72.65% |
| 5 | 36,699 | -364 | -0.98% | 26,697 | 15.64% | 3.17% | 76.56% |

A higher resolution map of Illustrative Plan 3 is in **Exhibit G-1**, with detailed population summary statistics in **Exhibit G-2**. The remainder of the **Exhibit G series** follows the same format as the Exhibit F series.

**Figure 19** compares Illustrative Plan 3 against the Enacted Plan. Illustrative Plan 3 metrics are in the same range as the Enacted Plan.

**Figure 19: Redistricting Metrics –Enacted vs. Illustrative Plan 3**

| Metric | Enacted 2022 Plan | Illustrative Plan 3 |
|---|---|---|
| Populated VTD Splits* | 15 | 18 |
| Municipal Splits* | 15 | 14 |
| Population Deviation** | 7.83% | 3.8% |
| Compactness – Reock*** | .37 | .41 |
| Compactness – Polsby*** | .32 | .23 |
| Incumbent Conflicts (out of 25) | 0 | 2 |
| Highest BVAP district | 39.11% | 50.17% |

* Excluding unpopulated splits – lower is better
** Deviation – lower is better
*** Mean score – higher is better

Illustrative Plan 3 can be viewed online in detail on the Dave's Redistricting Application (DRA) website via the link below:

https://davesredistricting.org/join/c066e917-583a-4d47-a178-c5b924e6d56a

## V. PLAN METRICS SUMMARY

On balance, in terms of traditional redistricting principles, the three Gingles 1 illustrative plans are superior to or on par with the two county-produced plans, the 2011 Benchmark Plan and the Enacted Plan. The summary table in **Figure 20** consolidates the key metrics for all five plans.

**Figure 20: Redistricting Metrics Summary**

| Metric | Benchmark 2011 Plan | Enacted 2022 Plan | Illustrative Plan 1 | Illustrative Plan 2 | Illustrative Plan 3 |
|---|---|---|---|---|---|
| Populated VTD Splits* | **3** | 15 | 4 | 14 | 18 |
| Municipal Splits* | 11 | 15 | 11 | 14 | 14 |
| Population Deviation** | 26.48% | 7.83% | 5.5% | 6.9% | 3.8% |
| Compactness – Reock*** | .40 | .37 | .45 | .36 | .41 |
| Compactness – Polsby*** | .40 | .32 | .34 | .26 | .23 |
| Incumbent Conflicts (of 25) | NA | 0 | 15 | 0 | 2 |
| Highest BVAP district | 39.42% | 39.11% | 50.06% | 50.05% | 50.17% |

\* Excluding unpopulated splits – lower is better
\*\* Deviation – lower is better
\*\*\* Mean score – higher is better

An address searchable map with boundaries for the Enacted and Illustrative plans as separate clickable layers (accessible via the legend) can be viewed via Maptitude Online at the link below (Click off layers to display only the map for the

plan of interest):

https://online.caliper.com/mas-874-drp-290-ujr/maps/m8pv1s4r00030ka13q93

## VI. SOCIO-ECONOMIC PROFILE OF DESOTO COUNTY

According to the 2019-2023 ACS, Black persons in DeSoto County trail their White counterparts across a wide range of socioeconomic indicators—particularly with respect to income, unemployment, and housing.

This disparity is summarized below and depicted with further detail in the charts and tables in **Exhibit H**.[20]

### (a) Education

- Of persons 25 years of age and over in DeSoto County, 7.7% of Black people have not finished high school. By contrast, 6.8% of their White counterparts are without a high school diploma. **Exhibit H, pp. 15-16.**

- For the population aged 25 and over in DeSoto County, 28.3% of Black people have a bachelor's degree or higher—compared to 28.8% for the White population. **Exhibit H, pp. 15-16.**

### (b) Income

- The poverty rate for the Black population in DeSoto County is 15.0%, which is more than twice the White poverty rate of 7.1%. **Exhibit H, pp. 20-21.**

- In DeSoto County, Black median household income is $69,963, as compared to $91,096 median income of White households. **Exhibit H, pp. 24-25**.

---

[20] For statistics from the 2019-2023 ACS, "White" refers to NH White. "Black" refers to single-race Black. The Any Part Black category is not reported by the Census Bureau for data in the referenced tables.

- Reflecting the high Black poverty rate, more than twice as many Black households rely on food stamps compared to White households, with 12.4% of Black households participating in the Supplemental Nutrition Assistance Program (SNAP), as compared to 5.0% of White households in DeSoto County.  **Exhibit H, pp. 34-35**.

### *(c) Employment*

- The Black unemployment rate for the working-age population (16-64), expressed as a percent of the civilian labor force, is 6.3%, which is more than twice the 2.7% unemployment rate recorded for the White labor force. **Exhibit H, p. 39.**

### *(d) Housing*

- More than a third of Black households (35.7%) in DeSoto County rent their residences, as compared to a rental rate of 14.9% for White households. **Exhibit H, pp. 42-43.**

   Mirroring the countywide ACS statistics, socioeconomic indicators for the Black population in each of the municipalities generally trail the White population. The **Exhibit I series** (in the same format as **Exhibit H** with identical page numbers*)* contrasts Black and White socioeconomic characteristics for the five municipalities in DeSoto County, according to the 2019-2023 ACS. (**Exhibit I-1 –** Hernando**, Exhibit I-2 –** Horn Lake**, Exhibit I-3 –** Olive Branch**, Exhibit I-4 –** Southaven**,** and **Exhibit I-5 –** Walls).

# # #

I reserve the right to continue to supplement my reports in light of additional facts, testimony, and/or materials that may come to light during the pendency of the above-captioned case. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and beliefs.


William S. Cooper

Dated: April 18, 2025