**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

HAROLD HARRIS; PASTOR ROBERT
TIPTON, JR.; DELTA SIGMA THETA
SORORITY, INC., DESOTO COUNTY
MS NAACP UNIT 5574

        *Plaintiffs*,

                              No. 3:24-cv-00289-GHD-RP

v.

DESOTO COUNTY, MISSISSIPPI;
DESOTO COUNTY BOARD OF
SUPERVISORS; and DESOTO COUNTY
ELECTION COMMISSION.

        *Defendants*.

## PLAINTIFFS' NOTICE OF ISSUANCE AND WITHDRAWAL OF SUBPOENAS

PLEASE TAKE NOTICE that, pursuant to Rules 26, 30 and 45 of the Federal Rules of Civil Procedure, counsel for Plaintiffs Harold Harris, Pastor Robert Tipton, Jr., Delta Sigma Theta Sorority, Inc., and DeSoto County MS NAACP Unit 5574 will proceed to take the deposition of the following:

1. Lee Ellingburg – Monday, October 6, 2025 at 2:00 p.m., subpoena attached hereto as Exhibit 1;

Counsel for Plaintiffs withdrawal the subpoenas issued to Amelia Lovorn, Jason Coleman and Bill Sexton (Dkt. 177).

The deposition will take place at Landers Center, Conference Room, 4560 Venture Drive, Southaven, MS 38671 with virtual or telephonic option.

Details regarding the court reporter service will be emailed to those participating once all arrangements are finalized. The depositions shall be taken before a Notary Public or some

1

other officer authorized by law to administer oaths for use at trial. The depositions will be taken by oral examination with a written and/or sound and visual record made thereof (e.g., videotape, LiveNote, etc.). The depositions will be taken for the purposes of cross-examination, discovery, and for all other purposes permitted under the Federal Rules of Civil Procedure or any other applicable law.

Dated: September 12, 2025

*/s/ Joshua Tom*
Joshua Tom (Miss. Bar No. 105392)
**ACLU OF MISSISSIPPI**
101 South Congress Street
Jackson, MS 39201
Telephone: (601) 354-3408
jtom@aclu-ms.org

Daniel J. Hessel*
Ruth Greenwood*
**ELECTION LAW CLINIC**
**HARVARD LAW SCHOOL**
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 496-0222
dhessel@law.harvard.edu
rgreenwood@law.harvard.edu

Brenda Wright*
Victor Genecin*
Breanna Williams*
**NAACP LEGAL DEFENSE AND**
  **EDUCATIONAL FUND, INC.**
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
bwright@naacpldf.org
vgenecin@naacpldf.org
bwilliams@naacpldf.org

Víctor Jones*
**NAACP LEGAL DEFENSE AND**
  **EDUCATIONAL FUND, INC.**
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 216-2720
Facsimile: (202) 682-1312
vjones@naacpldf.org

*Attorneys for Plaintiffs*

*Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I, Joshua Tom, do certify that on this day I filed the foregoing with the ECF System which sent notification to all counsel of record.

This the 12th day of September, 2025.

*/s/ Joshua Tom*
Joshua Tom