## GENERAL

1. All documents produced by the Election Commission in this litigation.

2. The Election Commission's, and its individual members', search for documents in response to discovery requests in this litigation.

3. Defendants' Responses to Plaintiffs' Interrogatories.

4. Compliance with state and federal anti-discrimination laws pertaining to discrimination on the basis of race, color, or national origin, including but not limited to the federal Voting Rights Act of 1965 and the 14th and 15th Amendments to the U.S. Constitution.

5. Policies and practices for addressing and remedying racial harassment or discrimination, including the process for addressing race-related complaints and recordkeeping.

## MEMBERSHIP OF THE ELECTION COMMISSION

1. Demographic details of all current and past Election Commissioners, including but not limited to each Commissioner's age at the time of beginning and end of service, race, and sex.

2. Years served and district represented for each current and past Election Commissioner.

3. Salaries of the Election Commissioners during the Relevant Period, including historic changes to compensation.

4. Support staff and/or resources allocated to the Election Commission and its individual members.

## MEETINGS OF THE ELECTION COMMISSION

1. Details concerning the logistics of Election Commission meetings, including but not limited to who organizes them, where and when they are held, and if, when, and how the public is notified of meetings.

2. Process for noticing public meetings of the Election Commission.

3. Process for preparing the agenda and minutes of Election Commission meetings and if, when, and how the agenda and meetings minutes are made available to the public.

## FUNCTIONS OF THE ELECTION COMMISSION

1. Responsibilities of the Election Commission.

2. Powers of the Election Commission.

3. Manner of conducting business and executing powers of the Election Commission.

4. The laws and rules governing elections and special elections that the Election Commission is responsible for administering, including but not limited to the laws and rules governing the selection of polling locations, voting machines, list maintenance, campaign signage and electioneering, voter intimidation, hiring and training poll workers, and all other aspects of election administration.

5. Training of the Election Commissioners, including but not limited to trainings required under state law or regulation and informal trainings by organizations such as the Election Commissioner Association of Mississippi.

6. Coordination and interactions with other government entities, including but not limited to the Mississippi Secretary of State, the DeSoto County Board of Supervisors, the DeSoto County Circuit Clerk, Municipal Zoning Planning Commissions, and the DeSoto County Board of Education.

7. Efforts by the Election Commission to ensure compliance with the Mississippi Open Meetings Act, 25-41-1, *et seq*.

8. Interactions between the Election Commission and community and interest groups, including but not limited to churches, civic groups, and schools.

9. Process for DeSoto County residents to offer input or express concerns to the Election Commission, including but not limited to whether, when, and how Election Commissioners are personally available to speak directly with residents.

10. Efforts of the Election Commission to address concerns of DeSoto County residents.

11. Systems for tracking/monitoring citizen complaints, progress on resolving citizen complaints, and recording resolution of citizen complaints.

12. Management of the Election Commission's social media accounts.

13. Personnel with decision-making authority over social media posts, priorities, and strategy.

## ROLE IN THE REDISTRICTING PROCESS

1. Responsibilities and authority of the Election Commission with respect to redistricting processes.

2. Communications and/or interactions between the Election Commission and any Supervisors regarding the 2021-2022 redistricting process.

3. Communications and/or interactions between the Election Commission with Vanessa Lynchard regarding the 2021-2022 redistricting process.

4. Communications and/or interactions between the Election Commission with Chris Watson regarding the 2021-2022 redistricting process.

5. Communications and/or interactions between the Election Commission and community and interest groups with respect to redistricting, including but not limited to churches, civic groups, and schools. Any data reviewed during the 2021-2022 redistricting process.

6. Scope of involvement with the 2021-2022 redistricting process including but not limited to meetings with Chris Watson, meetings with members of the Board of Supervisors,

meetings with Vanessa Lynchard, review of draft and final maps, input into draft and final maps, and attendance at Board of Supervisors meetings.

## **ELECTION ADMINISTRATION**

1. The process and criteria for selecting, hiring, and training poll managers, including but not limited to the role of political parties in the process, the selection and hiring timeline, how the Election Commission decides who to hire, who conducts the training, and salaries of poll managers.

2. Details concerning current and former poll managers, including but not limited to which political party they were recommended by or affiliated with, which poll sites they staffed, which elections they staffed, their role at the poll site, and their demographic information.

3. Details concerning poll managers whose applications were rejected, including but not limited to the date and basis for their rejection, which political party they were recommended by or affiliated with, where they lived, and their demographic information.

4. Details concerning the racial demographics of individuals who have served as poll managers or as poll workers during the Relevant Period, including but not limited to the polling places to which they were assigned.

5. Details concerning voting machines, including but not limited to their purchase, testing, maintenance, malfunction, replacement, repair, and allocation to poll sites in the county.

6. The process for deciding where polling place locations will be established in DeSoto County, including but not limited to the Election Commission's role in the process, the criteria for selection of a location, how the public provides input into the decision, how that input is taken into account in the decision making process, the money that is paid to the owner of the

location, the process for determining compliance of the location with the Americans with Disabilities Act, and coordination with the Board of Supervisors during the process.

7. Any questions, complaints, requests, or feedback from Black residents of DeSoto County about the location of polling places in the county, including but not limited to requests to place additional sites at predominantly Black churches.

8. The Voter Roll list maintenance process, including but not limited to who conducts the process, when the process occurs, what information is considered in removing a person from the voter roll or placing a person on inactive status, and compliance with state and federal law, including the National Voter Registration Act and the Help America Vote Act.

9. Details concerning any Voter Roll list maintenance performed within the last three years, including but not limited to the number of people removed, the reasons they were removed, who performed those removals, when those removals occurred, and the demographic breakdown of individuals who were removed.

10. Manner and method of making decisions regarding campaign signage and electioneering.

11. The Election Commission's role in enforcing campaign signage and electioneering policies.

12. Process for adjudicating affidavit ballots, including but not limited to the Election Commission's role in the process, where and when the process takes place, and the criteria by which affidavit ballots are adjudicated.

13. Election administration errors during elections that the Election Commission was responsible for administering.

14. Scope of the Election Commission's role in implementing new district maps, implementation procedures, including but not limited to how and how quickly the Election Commission holds a new election if necessary, and the extent of the administrative burden for doing so.

15. Policies and procedures for preventing or addressing incidents of voter intimidation during the election process.

16. Processes for receiving and responding to voter intimidation complaints while elections are being administered.

17. Processes for receiving and responding to other complaints, whether reported by voters or poll workers, while elections are being administered.

18. Processes for providing voters with information regarding their polling locations prior to, and on, Election Day.

19. Eligibility of voters to vote early, and implementation of early voting.

20. Records of voter intimidation incident reports and any efforts by the Election Commission to respond to those incidents, including but not limited any documentation and/or communications concerning a DeSoto County voter who wore a T-shirt showing the Confederate flag and a noose to a poll site on or around November 7, 2018.

Exhibit 1