Unless otherwise stated, a witness or witnesses are required to testify concerning the following topics for the Relevant Period of January 1, 2012 (or FY 2012, as appropriate) to the present (or FY 2025, as appropriate).

## **DESOTO COUNTY BUDGETS**

1. Authentication of the County's budgets and Audited Financial Statements.

2. Capital improvement project allocations including location information, such as census tract, geographic area, district, or community data.

3. Multi-year spending trends by census tract, geographic area, district, or community.

4. Per-capita spending calculations by census tract, geographic area, district, or community.

5. Road maintenance expenditures including location information, such as census tract, geographic area, district, or community neighborhoods.

6. Park and recreation facility investments including location information, such as census tract, geographic area, district, or community neighborhoods.

7. Public building improvements and construction projects, including schools, mapped by census tract, geographic area, district, or community neighborhoods.

8. Utility infrastructure upgrades and maintenance records by census tract, geographic area, district, or community neighborhoods.

9. Response time data for emergency services by geographic area, such as census tract, geographic area, district, or community neighborhoods.

10. Code enforcement activity levels across different geographic areas, such as census tract, geographic area, district, or community neighborhoods.

11. Public works service requests and completion rates by geographic areas, such as census tract, geographic area, district, or community neighborhoods.

12. Economic development incentives mapped by geographic areas, such as census tract, geographic area, district, or community neighborhoods.

13. All amounts borrowed or expended to date by the County to design, build, staff, and launch the Agri-Educational Center; the characterization of such borrowing or expense in

    the County's Summary Judgments; the funds contributed toward the Agri-Education Center by any other source, and the characterization of all such funds in the County's budgets.

14. The anticipated annual operating cost of the Agri-Educational Center, and the total amount the County anticipates paying to cover such cost.

15. All efforts to date by the County to support construction of a wastewater treatment system for municipalities and areas that are currently on Memphis's system.

16. All planned efforts by the County to support construction of a wastewater treatment system for municipalities and areas that are currently on Memphis's system.

17. The percentage of the County's budget allocated to law enforcement since 2015.

18. The decision to open Hernando High School, together with information regarding other areas that were considered for additional education funding.

19. The sources of funding for the construction and development of Hernando High School.

20. Public comments received on the deliberation over whether to, and the decision to. open Hernando High School.

**CRIMINAL JUSTICE**

1. The statistical breakdown, by type of offense and amount of fine, of the fines imposed by the County in each year of the Relevant Period, and any demographic breakdown of the individuals upon whom the fines for each offense, in each amount, were imposed.

2. The statistical breakdown, by type of offense and property forfeited, including the dollar amounts of cash forfeitures, of the forfeitures imposed by the County in each year of the Relevant Period, and any demographic breakdown of the individuals upon whom the forfeitures for each offense, by type of property or amount of cash, were imposed.

3. The statistical breakdown, by type of misdemeanor and sentence imposed, of persons convicted of misdemeanors in Justice Court in each year of the Relevant Period, and any demographic breakdown of the individuals convicted of each type of misdemeanor, by sentence imposed.

4. The statistical breakdown of misdemeanor cases dismissed by the Justice Court, by type of misdemeanor, and any demographic breakdown of the individuals whose cases were dismissed.

5. The statistical breakdown, by type of felony and amount of bond, of the bonds imposed by the Justice Court in felony cases in each year of the Relevant Period, and any demographic breakdown of the individuals upon whom bonds were imposed.

6. Any demographic breakdown, by type of felony, of the defendants bound over by the Justice Court for trial after preliminary hearings in each year of the Relevant Period.

7. Any demographic breakdown, by type of felony, of the defendants in felony cases whose cases were dismissed by the Justice Court after preliminary hearings in each year of the Relevant Period.

8. Any efforts to ensure racial equity in policing and criminal justice.

**POLICING AND THE DESOTO COUNTY SHERIFF'S DEPARTMENT ("DCSD")**

1. Policies and procedures regarding: unbiased policing; training; performance evaluation; employee discipline; complaints (internal complaints by DCSD employees or external complaints by citizens); use of force; imposition of fines, fees or similar monetary obligation; determination and implementation of bonds; release on recognizance

2. Record keeping, including:
    a. Data maintained related to Complaints of Biased Policing, Racial Profiling, Racial Discrimination, or Racial Harassment
    b. Data maintained re: use of force
    c. Data maintained compiling any of the following: citations, arrests, use of force, detention, stops, searches, taser use, firearm use, contraband seized or property seized
    d. Data maintained showing racial breakdowns of any of the following: citations, arrests, use of force, detention, stops, searches, taser use, firearm use, contraband seized or property seized
    e. Data maintained re: revenue generation by DCSD
    f. Data maintained re: employee discipline

3. Public engagement between the DCSD and residents of the County, including but not limited to public meetings and/or a Community Advisory Board

4. The DCSC Complaint process, including the process for receiving, analyzing, resolving and closing complaints.

5. Communications and meetings between DCSD and the Board of Supervisors.

6. How is DCSD budget determined?

7. Policing policies, including:
    a. Determination of where to deploy deputies

3

    b. Policies or practices of focusing on any particular area
    c. Use of any specialized units like SWAT, street crimes unit, neighborhood enhancement team, jump-out detail or similar unit
    d. Use of any saturation details
    e. How DCSD works with local law enforcement agencies within the County
    f. Policies or practices re: targets or quotas for citations, arrests, contraband seized or property seized
    g. Stat sheet or similar record compiling any aspect of DCSD's policing

**COUNTY EMPLOYMENT & APPOINTMENTS**

1. The process of hiring individuals for County employment .

2. The racial make-up of DeSoto County's public employees for every year since 2015.

3. Any efforts to diversify DeSoto County's public workforce.

4. The process of appointing individuals to various County positions, boards, and commissions, including both paid and unpaid positions.

5. The racial make-up of appointees to various DeSoto County positions, boards, and commissions for every year since 2015.

**RACIAL DISPARITIES**

1. The information DeSoto County maintains regarding socio-economic disparities by race among its residents, including in the areas of housing, income, health, education, and policing.

2. The information DeSoto County maintains regarding socio-economic disparities between incorporated and unincorporated areas, in the areas of housing, income, health, education, and policing.

3. Efforts that DeSoto County has implemented to reduce socio-economic disparities within the County, in the areas of housing, income, health, education, and policing.

4. Policies through which DeSoto County attempts to ensure it is responsive to Black residents' needs and policy preferences.

**MISCELLANEOUS**

1. The statistics collected and maintained by the County concerning the race or ethnicity of its residents; the forms (*e.g.*, tables, maps, charts) in which those statistics have been published or presented or are available for consultation; and the occasions, and forms, in which those statistics have been available or published to Elected Officials.

2. Authentication and accuracy of the Minutes of the meetings of the Board of Supervisors regarding redistricting following the 2010 and 2020 Censuses.

3. Defendants' responses to the interrogatories and requests for production served by Plaintiffs in this action, including responsive documents produced.

Exhibit 2