IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

HAROLD HARRIS, PASTOR ROBERT
TIPTON, JR., DELTA SIGMA THETA
SORORITY, INC., and DESOTO COUNTY
MS NAACP UNIT 5574,

    *Plaintiffs*,

v.

DESOTO COUNTY, MISSISSIPPI;
DESOTO COUNTY BOARD OF
SUPERVISORS; and DESOTO COUNTY
ELECTION COMMISSION,

    *Defendants*.

No. 3:24-cv-00289-GHD-RP

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PORTIONS OF WILLIAM S. COOPER'S REPLY REPORT**

Pursuant to Local Rule 7(b), Plaintiffs Harold Harris, Paster Robert Tipton, Jr., Delta Sigma Theta Sorority, Inc., and the DeSoto County NAACP Unit 5574 respectfully submit this opposition to Defendants' Motion to Strike Portions of William S. Cooper's Reply Report, ECF No. 206, in the above-captioned matter. For the reasons detailed below and in the memorandum that accompanies this response, Plaintiffs request that the Court deny Defendants' Motion to Strike.

To prevail in their claim under Section 2 of the Voting Rights Act, Plaintiffs must satisfy the first *Gingles* precondition. In his Initial Report, Plaintiffs' expert William S. Cooper disclosed his expert opinion that it is possible to satisfy the first *Gingles* precondition in DeSoto County, supported by evidence in the form of "three illustrative five-district plans." Defendants' expert, Dr. Sean P. Trende, criticized in his report those illustrative maps for not aligning with Dr. Trende's views on the ideal parameters for redistricting plans. As rebuttal, Mr. Cooper's Reply Report included further evidence in the form of two further illustrative maps consistent with Mr. Trende's parameters.

Defendants' motion is without merit. Mr. Cooper's Reply Report is consistent with the Federal

1

Rules of Civil Procedure and ordinary practice in Section 2 cases. Defendants' motion—filed one month after the disclosure of Mr. Cooper's reply report—jeopardizes the expedited trial date that this Court granted in April.

In addition to the memorandum, Plaintiffs offer the following exhibit in support:

Exhibit "1" – Email chain between Plaintiffs' Counsel and Defendants' Counsel re: Rebuttal Report.

Accordingly, Plaintiffs respectfully request that the Court deny Defendants' motion.

Dated: September 19, 2025.

Respectfully submitted,

*/s/ Joshua Tom*
Joshua Tom (Miss. Bar No. 105392)
**ACLU OF MISSISSIPPI**
101 South Congress Street
Jackson, MS 39201
Telephone: (601) 354-3408
jtom@aclu-ms.org

*/s/ Daniel J. Hessel*
Daniel J. Hessel*
Ruth Greenwood*
**ELECTION LAW CLINIC**
**HARVARD LAW SCHOOL**
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 496-0222
dhessel@law.harvard.edu
rgreenwood@law.harvard.edu

Brenda Wright*
Victor Genecin*
Breanna Williams*
**NAACP LEGAL DEFENSE AND**
  **EDUCATIONAL FUND, INC.**
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
bwright@naacpldf.org
vgenecin@naacpldf.org
bwilliams@naacpldf.org

Víctor Jones*
**NAACP LEGAL DEFENSE AND**
  **EDUCATIONAL FUND, INC.**
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 216-2720
Facsimile: (202) 682-1312
vjones@naacpldf.org

Amir Badat (Miss. Bar No. 106599)
**BADAT LEGAL PLLC**
P.O. Box 15
Tougaloo, MS 39174
Phone: (601) 462-9592
amir.badat@gmail.com

*Attorneys for Plaintiffs*
**Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I, Daniel J. Hessel, do certify that on this day I filed the foregoing with the ECF System which sent notification to all counsel of record.

        This the 19th day of September, 2025.

*/s/ Daniel J. Hessel*
Daniel J. Hessel