# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**HAROLD HARRIS; PASTOR ROBERT
TIPTON, JR.; DELTA SIGMA THETA
SORORITY, INC; DESOTO COUNTY
MS NAACP UNIT 5574,**                                    **PLAINTIFFS**

**VS.**                                **CIVIL ACTION NO. 3:24-cv-289-DMB-RP**

**DESOTO COUNTY, MISSISSIPPI;
DESOTO COUNTY BOARD OF
SUPERVISORS; DESOTO COUNTY
ELECTION COMMISSION; and DALE
THOMPSON, in her official capacity as
Desoto County Circuit Clerk,**                                    **DEFENDANTS**

## NOTICE OF SERVICE AND RECEIPT
## OF DOCUMENTS IN RESPONSE
## TO SUBPOENA DUCES TECUM

        COMES NOW the movant, One Voice, and, pursuant to Fed. R. Civ. P. 45, and gives notice of service and receipt of documents in response to subpoena duces tecum. A copy of the Receipt is attached.

        This the 24th day of September, 2025.

                                       Respectfully submitted,
                                       ONE VOICE,
                                       MOVANT

                                       */s/ Carroll Rhodes*
                                       CARROLL RHODES, ESQ. - MSB # 5314

LAW OFFICES OF CARROLL RHODES  
POST OFFICE BOX 588  
HAZLEHURST, MISSISSIPPI 39083  
TELEPHONE: (601) 894-4323  
FACSIMILE: (601)894-1464  
E-MAIL: crhode@bellsouth.net

## **CERTIFICATE OF SERVICE**

I, Carroll Rhodes, the attorney for the movant, hereby certify that I have this day, pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure, electronically filed, using the Court's ECF system, the above and foregoing pleading, and the Clerk of this Court electronically notified all counsel of record.

This the 24th day of September, 2025.

*/s/ Carroll Rhodes*
CARROLL RHODES