# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| HAROLD HARRIS; PASTOR ROBERT TIPTON, JR.; DELTA SIGMA THETA SORORITY, INC.; and DESOTO COUNTY MS NAACP UNIT 5574 | **PLAINTIFFS** |
| VS. | CIVIL ACTION NO.: 3:24-CV-00289-GHD-RP |
| DESOTO COUNTY, MISSISSIPPI; DESOTO COUNTY BOARD OF SUPERVISORS; and DESOTO COUNTY ELECTION COMMISSION | **DEFENDANTS** |

## NOTICE OF SUPPLEMENTAL AUTHORITY

On September 29, 2025, the Fifth Circuit stayed further proceedings in *White v. State Board of Election Commissioners*, No. 25-60506, at Doc. No. 27 (5th Cir. Sept. 29, 2025), pending resolution in *Louisiana v. Callais*, No. 24-109, and related cases. Similarly, on September 30, 2025, the Fifth Circuit stayed further proceedings in *Elizondo v. Spring Branch Independent School District*, No. 25-20365, at Doc. No. 39 (5th Cir. Sept. 30, 2025), pending the decision in *Louisiana v. Callais*, No. 24-109. These stay orders support Defendants' pending Motion to Stay or, alternatively, Motion to Continue Trial, Doc. No. 199. Defendants accordingly provide notice of such orders so that the parties may address them in their forthcoming response and rebuttal.

Dated: October 2, 2025.

                                                Respectfully submitted,

                                                PHELPS DUNBAR LLP

                                      BY:  */s/ Nicholas F. Morisani*
                                                      D. Michael Hurst, Jr., MB #99990
                                                      W. Thomas Siler, Jr. MS #6791
                                                      Nicholas F. Morisani, MB #104970
                                                      Nash E. Gilmore, MB #105554
                                                      Sonya C. Dickson, MB #106284

2

        1905 Community Bank Way, Suite 200
        Flowood, Mississippi 39232
        Telephone: 601-352-2300
        Telecopier: 601-360-9777
        mike.hurst@phelps.com
        tommy.siler@phelps.com
        nicholas.morisani@phelps.com
        nash.gilmore@phelps.com
        sonya.dickson@phelps.com

and

        Mark N. Halbert, MB #100048
        Andrew W. Coffman, MB #106207
        105 East Main Street, Suite 201
        Tupelo, Mississippi 38804
        Telephone: 662-842-7907
        Telecopier: 662-842-3873
        mark.halbert@phelps.com
        andrew.coffman@phelps.com

        **ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

      I certify that on October 2, 2025, I electronically filed this paper with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF counsel of record in this action.

                                        */s/ Nicholas F. Morisani*
                                        Nicholas F. Morisani

PD.53690320.1