# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

HAROLD HARRIS; PASTOR ROBERT TIPTON, JR.; DELTA SIGMA THETA SORORITY, INC., DESOTO COUNTY MS NAACP UNIT 5574

    Plaintiffs,

    v.                                  No. 3:24-cv-00289-GHD-RP

DESOTO COUNTY, MISSISSIPPI; DESOTO COUNTY BOARD OF SUPERVISORS; and DESOTO COUNTY ELECTION COMMISSION.

    Defendants.

### NOTICE OF RECEIPT OF ORIGINAL DEPOSITION

**TO:**    **All Counsel of Record**

1. Pursuant to L.U.Civ.R. 5(d)(2), notice is hereby given that I have received, and will retain as the custodian thereof, the original of the following deposition:

    Deponent:    Vanessa Lynchard and Chief Deputy Justin Smith as Rule 30(b)(6) designees of DeSoto County

    Taken at the instance of:    Plaintiffs

Dated: October 8, 2025

*/s/ Joshua Tom*
Joshua Tom (Miss. Bar No. 105392)
**ACLU OF MISSISSIPPI**
101 South Congress Street
Jackson, MS 39201
Telephone: (601) 354-3408
jtom@aclu-ms.org

Daniel J. Hessel*
Ruth Greenwood*
**ELECTION LAW CLINIC**
**HARVARD LAW SCHOOL**
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 496-0222
dhessel@law.harvard.edu
rgreenwood@law.harvard.edu

Brenda Wright*
Victor Genecin*
Breanna Williams*
**NAACP LEGAL DEFENSE AND**
 **EDUCATIONAL FUND, INC.**
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
bwright@naacpldf.org
vgenecin@naacpldf.org
bwilliams@naacpldf.org

Víctor Jones*
Pilar Whitaker*
**NAACP LEGAL DEFENSE AND**
 **EDUCATIONAL FUND, INC.**
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 216-2720
Facsimile: (202) 682-1312
vjones@naacpldf.org
pwhitaker@naacpldf.org

Amir Badat (Miss. Bar No. 106599)
**BADAT LEGAL PLLC**
P.O. Box 15
Tougaloo, MS 39174
Phone: (601) 462-9592
amir.badat@gmail.com

*Attorneys for Plaintiffs*

*\*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I, Joshua Tom, do certify that on this day I filed the foregoing with the ECF System which sent notification to all counsel of record.

>This the 8th day of October, 2025.
>
>*/s/ Joshua Tom*
>Joshua Tom