# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**HAROLD HARRIS; PASTOR ROBERT TIPTON, JR.; DELTA SIGMA THETA SORORITY, INC.; and DESOTO COUNTY MS NAACP UNIT 5574**                          **PLAINTIFFS**

**VS.**              **CIVIL ACTION NO.: 3:24-CV-00289-GHD-RP**

**DESOTO COUNTY, MISSISSIPPI; DESOTO COUNTY BOARD OF SUPERVISORS; and DESOTO COUNTY ELECTION COMMISSION**                          **DEFENDANTS**

## DEFENDANTS' UNOPPOSED MOTION TO SEAL

Defendants DeSoto County, Mississippi, DeSoto County Board of Supervisors, and DeSoto County Election Commission ("Defendants") move for an order placing certain exhibits under seal, stating the following in support:

On September 12, 2024, Plaintiffs filed their [1] Complaint advancing a claim for violation of Section 2 of the Voting Rights Act, 52 U.S.C. § 10301. On October 24, 2025, Defendants filed their [297] Motion for Summary Judgment.

In support of their Motion for Summary Judgment, Defendants filed contemporaneously a supporting [298] Memorandum referencing numerous exhibits that were filed on the public docket for this case, including the following four exhibits:

- [297-1] Plaintiff Harold Harris' Responses and Objections to Defendants' First Set of Interrogatories (**Exhibit** "**A**"),

- [297-3] Deposition excerpts from the deposition of Plaintiff, Robert Tipton, Jr., in his individual capacity (**Exhibit** "**C**"),

PD.56066296.1

- [297-4] Plaintiff, Robert Tipton, Jr.'s Responses and Objections to Defendants' First Set of Interrogatories (**Exhibit** "**D**"), and

- [297-7] Deposition excerpts from the deposition of Jackie Nickson, as the 30(b)(6) Representative of Delta Sigma Theta Sorority, Inc. (**Exhibit** "**G**").

These exhibits contain information helpful to a determination of Defendants' motion. The exhibits, however, also contain information that is uniquely personal to the named individual plaintiffs and third parties, including their home addresses and e-mail addresses. Defendants thus request that these exhibits be placed under seal for a limited time until redacted copies of those same exhibits can be provided to the Clerk of Court and added to the docket.

Defendants contacted Plaintiffs' counsel related to this request to inquire as to whether Plaintiffs intended to oppose it, and Plaintiffs do not oppose the request.

****

For the reasons articulated in the contemporaneously filed supporting memorandum, Defendants request that these four exhibits be placed under seal.

Dated: October 27, 2025.

Respectfully submitted,

PHELPS DUNBAR LLP

BY: */s/ Nicholas F. Morisani*
    D. Michael Hurst, Jr., MB #99990
    W. Thomas Siler, Jr., MS #6791
    Nicholas F. Morisani, MB #104970
    Nash E. Gilmore, MB #105554
    Sonya C. Dickson, MB #106284
    1905 Community Bank Way, Suite 200
    Flowood, Mississippi 39232
    Telephone: 601-352-2300
    Telecopier: 601-360-9777

mike.hurst@phelps.com
nicholas.morisani@phelps.com
tommy.siler@phelps.com
nash.gilmore@phelps.com
sonya.dickson@phelps.com

*And*

Mark N. Halbert, MB #100048
Andrew W. Coffman, MB #106207
105 East Main Street, Suite 201
Tupelo, Mississippi 38804
Telephone: 662-842-7907
Telecopier: 662-842-3873
mark.halbert@phelps.com
andrew.coffman@phelps.com

**ATTORNEYS FOR DEFENDANTS**

3

## CERTIFICATE OF SERVICE

I certify that on October 27, 2025, I electronically filed this motion with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record in this action.

> */s/ Nicholas F. Morisani*
> Nicholas F. Morisani