IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

HAROLD HARRIS; PASTOR ROBERT
TIPTON, JR.; DELTA SIGMA THETA
SORORITY, INC.; and DESOTO COUNTY
MS NAACP UNIT 5574     PLAINTIFFS

v.     Civil No. 3:24-cv-00289-GHD-RP

DESOTO COUNTY, MISSISSIPPI; DESOTO
COUNTY BOARD OF SUPERVISORS; and
DESOTO COUNTY ELECTION
COMMISSION     DEFENDANTS

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME

Presently before the Court is the parties' joint Motion [Doc. No. 325] for additional time to file reply memorandums to five pending motions [290, 293, 295, 297, and 304]. Upon due consideration, the Court finds the Motion should be granted.

**IT IS THEREFORE** hereby **ORDERED** the parties' Joint Motion for Extension of Time to File Reply Memorandums [325] is **GRANTED**. The parties shall file replies to the subject motions on or before November 21, 2025.

**SO ORDERED**, this, the 12th day of November, 2025.

_____
SENIOR U.S. DISTRICT JUDGE