# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

## CIVIL MINUTES

Case No 3:24-CV-289-GHD-RP      Held: OXFORD
Style: HARRIS et al v. DESOTO COUNTY, MISSISSIPPI et al
Date/Time Began 12/17/25 at 10:00 a.m.   Date/Time Ended: 12/17/25 at 11:10 a.m.

Total Time: 1 hour and 10 minutes

PRESENT: **HONORABLE ROY PERCY, MAGISTRATE JUDGE**

Deputy Clerk                                    Court Reporter

Attorneys for Plaintiff(s):           Attorneys for Defendant(s):
Brenda Wright                          Nick Morisani
Daniel Hessel                          Andrew Coffman
Josh Tom                               Mike Hurst
Amir Badet                             Mark Halbert
                                       Nash Gilmore
                                       Sonya Dickson
                                       Tommy Siler

PROCEEDINGS: Final Pretrial Conference
Held   X    Not Held_____   Canceled _____   Reset _____
_____
Docket Entry:

Conference held. Defendants to provide plaintiffs with final list of defendants' exhibits (Appendix D, removing exhibits only, no additions) and final list of defendants' objections to plaintiffs' exhibits (Appendix C, additional objections limited to authenticity) by 12-19-25. Plaintiffs to provide defendants with final list of plaintiffs' objections to defendants' exhibits (Appendix E) by 12:00 noon on 1-5-26.

Any motions to strike another party's exhibits or witnesses from pretrial order for failure to disclose during discovery due by 12-22-25; responses due by 12-29-25; no replies allowed.

Plaintiffs to provide defendants with final list of plaintiffs' witnesses (Appendix F) and deposition designations (Appendix G) by 12-29-25. Defendants to provide plaintiffs with final list of defendants' objections to plaintiffs' deposition designations and defendants' counter-designations (also in Appendix G) by 12:00 noon on 1-5-26.

Revised pretrial order, signed by counsel, and all final appendices, properly marked, due to magistrate judge by 5:00 pm on 1-5-26.

DAVID CREWS, CLERK

/s/ Rebekah Capps
By:_____
Courtroom Clerk