IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| HAROLD HARRIS; PASTOR ROBERT TIPTON, JR.; DELTA SIGMA THETA SORORITY, INC.; and DESOTO COUNTY MS NAACP UNIT 5574 | **PLAINTIFFS** |
| v. | Civil No. 3:24-cv-00289-GHD-RP |
| DESOTO COUNTY, MISSISSIPPI; DESOTO COUNTY BOARD OF SUPERVISORS; and DESOTO COUNTY ELECTION COMMISSION | **DEFENDANTS** |

## ORDER

Pursuant to an opinion issued this day, it is hereby **ORDERED** Defendants DeSoto County, Mississippi; DeSoto County Board of Supervisors; and DeSoto County Election Commission's Motion for Summary Judgment [Doc. No. 297] is **DENIED**. This action **SHALL PROCEED** as scheduled.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

**SO ORDERED**, this, the __18th__ day of December, 2025.

_____
SENIOR U.S. DISTRICT JUDGE