# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| **HAROLD HARRIS; PASTOR ROBERT TIPTON, JR.; DELTA SIGMA THETA SORORITY, INC.; and DESOTO COUNTY MS NAACP UNIT 5574** | **PLAINTIFFS** |
| **VS.** | **CIVIL ACTION NO.: 3:24-CV-00289-GHD-RP** |
| **DESOTO COUNTY, MISSISSIPPI; DESOTO COUNTY BOARD OF SUPERVISORS; and DESOTO COUNTY ELECTION COMMISSION** | **DEFENDANTS** |

## DEFENDANTS' OBJECTIONS TO ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE

Pursuant to Federal Rule of Civil Procedure 72(a) and Local Rule 72(a)(1), Defendants respectfully submit objections to the Magistrate Judge's [366] Order Granting Plaintiffs' [341] Motion to Strike. The Order strikes eight individuals initially disclosed by Defendants on September 12, 2025, nearly a month before the discovery period closed. The Magistrate Judge found that the disclosure of those witnesses was untimely due in large part to his prior finding that the Plaintiffs' witnesses disclosed at 6:19 p.m. on the discovery deadline should be stricken. That reasoning—in addition to the Magistrate Judge's overlooking important evidence and raising arguments that Plaintiffs failed to make—renders the Magistrate Judge's decision clearly erroneous and contrary to law. As explained in the accompanying memorandum, and with great respect for the Magistrate Judge, Defendants submit that this Court should reverse the Magistrate Judge's determination that these individuals disclosed by Defendants be struck. In addition to the accompanying memorandum, Defendants attach "**Exhibit 1**," which is an Excerpt of Plaintiffs' Second Supplemental Rule 26(a)(1) Initial Disclosures served September 30, 2025. *See also* Doc. No. 258 (Notice of Service).

Dated: January 6, 2025.

        Respectfully submitted,

        PHELPS DUNBAR LLP

BY:   */s/ Nicholas F. Morisani*
        D. Michael Hurst, Jr., MB #99990
        W. Thomas Siler, Jr., MS #6791
        Nicholas F. Morisani, MB #104970
        Nash E. Gilmore, MB #105554
        Sonya C. Dickson, MB #106284
        1905 Community Bank Way, Suite 200
        Flowood, Mississippi 39232
        Telephone: 601-352-2300
        Telecopier: 601-360-9777
        mike.hurst@phelps.com
        nicholas.morisani@phelps.com
        tommy.siler@phelps.com
        nash.gilmore@phelps.com
        sonya.dickson@phelps.com

        *And*

        Mark N. Halbert, MB #100048
        Andrew W. Coffman, MB #106207
        105 East Main Street, Suite 201
        Tupelo, Mississippi 38804
        Telephone: 662-842-7907
        Telecopier: 662-842-3873
        mark.halbert@phelps.com
        andrew.coffman@phelps.com

        **ATTORNEYS FOR DEFENDANTS**

PD.60189525.1

## **CERTIFICATE OF SERVICE**

I certify that on January 6, 2025, I electronically filed this objection with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record in this action.

>*/s/ Nicholas F. Morisani*
>Nicholas F. Morisani