# APPENDIX A

## Stipulated Facts

## APPENDIX A

## STIPULATED FACTS FOR TRIAL

### TERMINOLOGY

1. "County District Office" refers to the five offices elected under the district lines at issue in this case: Members of the Board of Supervisors, Members of the Election Commission, Members of the Board of Education, Justice Court Judges, and Constables.

2. "Statewide Offices" refers to the officials elected on a statewide basis. These officials include the Governor, Lieutenant Governor, Secretary of State, Attorney General, Auditor, Treasurer, Commissioner of Insurance, and Commissioner of Agriculture and Commerce.

### PARTIES

3. Plaintiff Harold Harris is a citizen of the United States and the State of Mississippi, residing in DeSoto County. He is over the age of 18 and identifies as Black.

4. Plaintiff Pastor Robert Tipton, Jr. is a citizen of the United States and the State of Mississippi, residing in DeSoto County. He is over the age of 18 and identifies as Black.

5. Plaintiff Delta Sigma Theta Sorority, Inc. ("Delta Sigma Theta") is a national not-for-profit 501(c)(7) membership service organization founded in 1913.

6. Delta Sigma Theta has an alumnae chapter in DeSoto County, known as the DeSoto County Alumnae Chapter of Delta Sigma Theta Sorority, Inc. ("DCAC").

7. Dr. Bacardi Harris is a member of Delta Sigma Theta. Dr. Harris is a citizen of the United States and the State of Mississippi, residing in DeSoto County. She is over the age of 18 and identifies as Black.

8. Plaintiff DeSoto County MS NAACP Unit 5574 (the "DeSoto NAACP") is an official unit of the National Association for the Advancement of Colored People, Inc.

9. Plaintiff Pastor Robert Tipton, Jr. is a member of the DeSoto NAACP and is the president of the DeSoto NAACP.

10. Plaintiff Harold Harris is a member of the DeSoto NAACP.

11. Defendant DeSoto County, Mississippi ("DeSoto County" or the "County") is a political subdivision of the State of Mississippi that can sue and be sued in its own name.

12. Defendant DeSoto County Board of Supervisors ("Board of Supervisors") is an elected five-member body, authorized and exercising power pursuant to Mississippi Code § 19-3-1 *et seq.*, among other laws of the State of Mississippi.

13. The Board of Supervisors consists of five members ("Supervisors"), each of whom is elected to office from a single-member district. The current members are:

- District 1: Jesse Medlin
- District 2: Mark Gardner
- District 3: Ray Denison
- District 4: Lee Caldwell
- District 5: Robert Foster

14. Defendant DeSoto County Election Commission is the elected county body responsible for conducting general and special elections, certifying election results, and maintaining voter rolls, among other responsibilities.

15. The Election Commission consists of five members ("Election Commissioners"), each of whom is elected to office from a single-member district. The current members are:

- District 1: Laura Edler

PD.60172543.2

- District 2: Tim Snyder
- District 3: Chad Engelke
- District 4: Sissie Ferguson
- District 5: David Ross

**REDISTRICTING PROCESS**

16. The County contracted with Bridge & Watson, Inc. to redraw the district lines.

17. The following individuals are the Supervisors who served on the County's Board of Supervisors during the 2021-22 redistricting process:

- District 1: Jessie Medlin
- District 2: Mark Gardner
- District 3: Ray Denison
- District 4: Lee Caldwell
- District 5: Michael Lee

**OTHER OFFICES ELECTED UNDER CHALLENGED LINES**

18. The same district lines that are used to elect the five Supervisors are also used to elect the five Election Commissioners, the five members of the DeSoto County Board of Education, the five Judges of the County's Justice Court, and the County's five Constables (together, the "County Districted Offices").

19. The Board of Education is responsible for, among other responsibilities, managing and setting the policy of the DeSoto County School District.

20. The Justice Court hears various matters including, but not limited to, misdemeanor criminal actions and civil matters in which the principal of the debt, amount of the demand, or the value of the property sought is less than $3,500. There are five Justice Court Judges.

21. Constables' responsibilities include, but are not limited to, assisting the Justice Court in executing its judgments.

22. Members of the Board of Supervisors, the Election Commission, the Board of Education, and Constables must reside in the district from which they are elected. Justice Court Judges need not reside in the district from which they are elected.

**ELECTIONS SCHEDULE AND TERMS OF OFFICE**

23. Supervisors are elected to four-year, non-staggered terms. Each Supervisor was most recently elected in November 2023. The next regularly scheduled election for each Supervisor district is November 2027.

24. General elections for municipal office generally are held in June, subject to certain exceptions under Mississippi law. Primary elections for municipal office generally are held in April, subject to certain exceptions under Mississippi law.

25. Mississippi holds general elections for Statewide Offices at four-year intervals in November of odd-numbered years.

**COUNTY GOVERNMENT**

26. The Board of Adjustment is made up of one representative from each district nominated by that district's supervisor and that representative must be approved by a majority of the members of the Board of Supervisors.