# APPENDIX B

## Plaintiffs' Exhibit List

| Exhibit No. | Description |
|---|---|
| PX-001 | Christopher Watson Redistricting Proposal |
| PX-002 | Existing Supervisor District Population Comparison |
| PX-003 | Summary of 2010 Public Meetings |
| PX-004 | January 2022 emails between Vanessa Lynchard and Chris Watson |
| PX-005 | February 2022 Emails between Vanessa Lynchard and Chris Watson |
| PX-006 | Vanessa Lynchard email to Elected Officials |
| PX-007 | Vanessa Lynchard Emails re Incumbent Addresses |
| PX-008 | Minutes, Notes from March 28, 2022 Meeting between Christopher Watson, community members |
| PX-009 | March, April emails between C. Watson, Supervisors |
| PX-010 | Watson Email to Ray Denison May 3, 2022 |
| PX-011 | Watson Handwritten Notes from 6/6 hearing |
| PX-012 | Watson Email to Caldwell re Swap |
| PX-013 | Emails between V. Lynchard, Supervisors |
| PX-014 | Vanessa Lynchard Email Regarding Public Hearing |
| PX-015 | Emails re 2010 Public Hearing Advertising |
| PX-016 | Christopher Watson Summary Table |
| PX-017 | Preston Boatwright Assignment Summary |
| PX-018 | Census Data by Supervisor District |
| PX-019 | Emails between Michael Garriga and Chris Watson |
| PX-020 | Email from Kevin Blackwell to Election Commissioners |
| PX-021 | Compendium of Board of Supervisors Redistricting Minutes |
| PX-022 | Nov. 15, 2021 Board of Supervisors Agenda |
| PX-023 | Jan. 3, 2022 Board of Supervisors Minutes |
| PX-024 | DeSoto County Public Schools Attendance Zones |
| PX-025 | Board of Education Meeting Policies |
| PX-026 | Free and Reduced Lunch Data |
| PX-027 | Kevin Blackwell Post and Comments |
| PX-028 | Mark Gardner Facebook Post endorsing Danny Klein |

| PX-029 | "About Desoto County" page from County Website |
| --- | --- |
| PX-030 | KKK Flyer Photos |
| PX-031 | Composite of County Summary Budgets, 2012-2026 |
| PX-032 | DeSoto County Audited Financial Statements, 2012 |
| PX-033 | DeSoto County Audited Financial Statements, 2013 |
| PX-034 | DeSoto County Audited Financial Statements, 2014 |
| PX-035 | DeSoto County Audited Financial Statements, 2015 |
| PX-036 | DeSoto County Audited Financial Statements, 2016 |
| PX-037 | DeSoto County Audited Financial Statements, 2017 |
| PX-038 | DeSoto County Audited Financial Statements, 2018 |
| PX-039 | DeSoto County Audited Financial Statements, 2019 |
| PX-040 | DeSoto County Audited Financial Statements, 2020 |
| PX-041 | DeSoto County Audited Financial Statements, 2021 |
| PX-042 | DeSoto County Audited Financial Statements, 2022 |
| PX-043 | DeSoto County Audited Financial Statements, 2023 |
| PX-044 | DeSoto County Audited Financial Statements, 2024 |
| PX-045 | Facility and Road Projects Budgeted from FY 2017 to FY 2026 (with maps) |
| PX-046 | Allocations to Municipalities from FY 2004 to FY 2025 |
| PX-047 | Emergency Medical service calls and responses (map) |
| PX-048 | GASB reports from FY 2021 to FY 2024 |
| PX-049 | Emails Regarding State Legislative Decision |
| PX-050 | Map with Incumbents |
| PX-051 | Public Notice |
| PX-052 | Emails re Polling Places in Black Churches |
| PX-053 | Email from Michael Garriga to Dale Thompson re 2010 public hearings |
| PX-054 | 2010 Redistricting Presentation from Chris Watson |
| PX-055 | List of Election Commissioners |
| PX-056 | December 17, 2010 DeSoto Redistricting Comm. Letter |
| PX-057 | DeSoto County Redistricting Committee Submission |
| PX-058 | Magnolia Flower Plan |

| PX-059 | December 6 email from Pam McKelvy Hamner to Christie Barclay |
| --- | --- |
| PX-060 | December 16, 2021 Email from Dale Thompson to Chris Watson |
| PX-061 | February 14, 2021 Emails between C. Watson to V. Lynchard |
| PX-062 | March 16, 2022 Email from C. Watson to V. Lynchard |
| PX-063 | May 27, 2022 Email between V. Lynchard, Supervisors |
| PX-064 | Sep. 10, 2021 Email from V. Lynchard to Supervisors |
| PX-065 | Oct. 26, 2021 Emails between V. Lynchard, Supervisors |
| PX-066 | Oct. 2021 Emails between D. Thompson, Election Commissioners |
| PX-067 | C. Watson Redline of Minutes |
| PX-068 | Watson March 21, 2022 Draft Plan |
| PX-069 | May 4, 2022 Letter from C. Watson to V. Lynchard |
| PX-070 | May 4, 2022 Memo from C. Watson to Supervisors |
| PX-071 | May 4, 2022 Emails between V. Lynchard, C. Watson |
| PX-072 | May 3, 2022 Watson Proposal Alternate 1 |
| PX-073 | May 3, 2022 Watson Proposal Alternate 2 |
| PX-074 | May 3, 2022 Watson Proposal Alternate 3 |
| PX-075 | May 25, 2022 Watson Proposal Alternate 4 |
| PX-076 | May 24, 2022 Email from C. Watson to L. Caldwell |
| PX-077 | May 26, 2022 Proposal from C. Watson Alternate 4 Adjustments |
| PX-078 | May 27, 2022 Proposal from C. Watson Alternate 4 Adjustments |
| PX-079 | May 27, 2022 Watson Proposal, Alternate 5 |
| PX-080 | May 27, 2022 Emails between V. Lynchard, Supervisors |
| PX-081 | May 27, 2022 Watson Proposal, Alternate 1 |
| PX-082 | May 27, 2022 Watson Proposal, Alternate 2 |
| PX-083 | June 10, 2022 Watson Email and Final Map |
| PX-084 | Juvenile Booking Data |
| PX-085 | Adult Booking Data |
| PX-086 | Seizure data |
| PX-087 | Seizure spreadsheet |
| PX-088 | Kerr testimony to Joint Redistricting Committee |

| PX-089 | July 6, 2021 Email from Pam McKelvy |
|---|---|
| PX-090 | August 31, 2021 Email from Pam McKelvy |
| PX-091 | Oct. 14, 2021 Email from Pam McKelvy |
| PX-092 | Sept. 14, 2021 Email from Sharon Wofford |
| PX-093 | Feb. 15, 2022 Email from Pam McKelvy |
| PX-094 | Nov. 18, 2019 Email from Monica McInnis |
| PX-095 | June 28, 2021 Email from Monica McInnis |
| PX-096 | May 1, 2021 Email from Monica McInnis |
| PX-097 | Sep. 20, 2021 Email from Sharon Wofford |
| PX-098 | Jan. 18, 2022 Email from Pam McKelvy |
| PX-099 | Sept. 14, 2021 Email from Pam McKelvy |
| PX-100 | Redistricting Powerpoint |
| PX-101 | Aug. 13, 2021 Email from Darrylinn Todd |
| PX-102 | Dec. 29, 2021 Email from Pam McKelvy |
| PX-103 | July 31, 2021 Email from Sharon Wofford |
| PX-104 | March 21, 2022 Email from Sharon Wofford |
| PX-105 | Sept. 9, 2021 Email from Theresa Isom |
| PX-106 | Oct. 14, 2021 Email from Pam McKelvy |
| PX-107 | June 3, 2022 Email from Sharon Wofford |
| PX-108 | Jan. 7, 2022 Emails between P. McKelvy, V. Lynchard |
| PX-109 | May 27, 2022 Email from Sharon Wofford |
| PX-110 | Sept. 14, 2021 Emails between P. McKelvy, V. Lynchard |
| PX-111 | April 25, 2023 Email from Sharon Wofford |
| PX-112 | Aug. 4, 2021 Email from Pam McKelvy |
| PX-113 | Redistricting Analysis Map– DeSoto County MS (Dated Aug, 2021) |
| PX-114 | Redistricting Analysis Map– DeSoto County MS (Dated Sep. 2021) |
| PX-115 | June 5, 2022 Email from Sharon Wofford |
| PX-116 | Composite Election Results |
| PX-117 | 2017 DeSoto County EEO4 Submission |
| PX-118 | 2019 DeSoto County EEO4 Submission |

| | |
|---|---|
| PX-119 | 2021 DeSoto County EEO4 Submission |
| PX-120 | 2023 DeSoto County EEO4 Submission |
| PX-121 | NAACP Bylaws for Units |
| PX-122 | July 3, 2023 Facebook post from DeSoto County MS NAACP |
| PX-123 | Aug. 23, 2024 Facebook post from DeSoto County MS NAACP |
| PX-124 | DST Constitution and Bylaws |
| PX-125 | DCAC Website, Political Awareness and Involvement |
| PX-126 | DST Voter Registration Flyer |
| PX-127 | Sept. 28, 2021 DST Alumnae Chapter Facebook Post |
| PX-128 | Sept. 20, 2020 DST Alumnae Chapter Facebook Post |
| PX-129 | DST Let's Talk About It Event Flyer |
| PX-130 | DST Let's Talk About It Event Flyer |
| PX-131 | June 14, 2021 Email re Let's Talk About It Event |
| PX-132 | Transcript of Redistricting Hearing |
| PX-133 | Video of June 6 hearing |
| PX-134 | Video of March 28 meeting with C. Watson |
| PX-135 | Board of Supervisors sign in sheet, Mar. 28, 2022 |
| PX-136 | NAACP Flyer |
| PX-137 | Oct. 8, 2021 Email from Sharon Wofford |
| PX-138 | Feb. 23, 2022 Email from Monica McInnis |
| PX-139 | D. Todd Testimony |
| PX-140 | Lee Ellingburg's Notes and Messages |
| PX-141 | Aug. 28, 2024 Email from Todd Mastry |
| PX-142 | Defendants' Responses to Plaintiffs' First Interrogatories |
| PX-143 | Defendants' First Supplemental Responses to Plaintiffs' First Interrogatories |
| PX-144 | Defendants' Second Supplemental Responses to Plaintiffs' First Interrogatories |
| PX-145 | Defendants' Third Supplemental Responses to Plaintiffs' First Interrogatories |

| | |
|---|---|
| PX-146 | Defendants' Responses to Plaintiffs' Second Interrogatories |
| PX-147 | Purchase Order, Redistricting Flyers |
| PX-148 | May 26, 2023 Email and attachments from L. Caldwell |
| PX-149 | Expert Report of William S. Cooper |
| PX-150 | William Cooper Summary of Redistricting Work, Ex. A to Cooper Report |
| PX-151 | William Cooper Methodology and Sources, Ex. B to Cooper Report |
| PX-152 | Benchmark Plan, Ex. C-1 - C-5 to Cooper Report |
| PX-153 | Enacted Plan, Ex. D-1 - D-5 to Cooper Report |
| PX-154 | Illustrative Plan 1, Ex. E-1 - E-5 to Cooper Report |
| PX-155 | Illustrative Plan 2, Ex. F-1 - F-5 to Cooper Report |
| PX-156 | Illustrative Plan 3, Ex. G-1 - G-5 to Cooper Report |
| PX-157 | Countywide ACS Data, Ex. H to Cooper Report |
| PX-158 | Hernando ACS Data, Ex. I-1 to Cooper Report |
| PX-159 | Horn Lake ACS Data, Ex. I-2 to Cooper Report |
| PX-160 | Olive Branch ACS Data, Ex. I-3 to Cooper Report |
| PX-161 | Southaven ACS Data, Ex. I-4 to Cooper Report |
| PX-162 | Walls ACS Data, Ex. I-5 to Cooper Report |
| PX-163 | Figure 1 of Cooper Report |
| PX-164 | Figure 2 of Cooper Report |
| PX-165 | Figure 3 of Cooper Report |
| PX-166 | Figure 4 of Cooper Report |
| PX-167 | Figure 5 of Cooper Report |
| PX-168 | Figure 12 of Cooper Report |
| PX-169 | Figure 16 of Cooper Report |
| PX-170 | Figure 19 of Cooper Report |
| PX-171 | Figure 20 of Cooper Report |
| PX-172 | Expert Rebuttal Report of William S. Cooper |
| PX-173 | Illustrative Plan 4, Ex. A-1 - A-5 to Cooper Reply Report |
| PX-174 | Illustrative Plan 5, Ex. B-1 - B-5 to Cooper Reply Report |
| PX-175 | Core Constituencies, Illustrative Plan 1, Ex. C-1 to Cooper Reply Report |

| PX-176 | Core Constituencies, Illustrative Plan 2, Ex. C-2 to Cooper Reply Report |
| --- | --- |
| PX-177 | Core Constituencies, Illustrative Plan 3, Ex. C-3 to Cooper Reply Report |
| PX-178 | Core Constituencies, Illustrative Plan 4, Ex. C-4 to Cooper Reply Report |
| PX-179 | Core Constituencies, Illustrative Plan 5, Ex. C-5 to Cooper Reply Report |
| PX-180 | Figure 3 of Cooper Reply Report |
| PX-181 | Figure 6 of Cooper Reply Report |
| PX-182 | Figure 7 of Cooper Reply Report |
| PX-183 | Figure 8 of Cooper Reply Report |
| PX-184 | Expert Report of Jacob M. Grumbach |
| PX-185 | Grumbach CV |
| PX-186 | Table A1 of Grumbach Report |
| PX-187 | Table A2 of Grumbach Report |
| PX-188 | Figure 1 of Grumbach Report |
| PX-189 | Figure 2 of Grumbach Report |
| PX-190 | Figure 3 of Grumbach Report |
| PX-191 | Figure 4 of Grumbach Report |
| PX-192 | Figure 5 of Grumbach Report |
| PX-193 | Reply Report of Jacob M. Grumbach |
| PX-194 | Table A.01 of Grumbach Reply Report |
| PX-195 | Figure 1 of Grumbach Reply Report |
| PX-196 | Figure 2 of Grumbach Reply Report |
| PX-197 | Figure 3 of Grumbach Reply Report |
| PX-198 | Figure 4 of Grumbach Reply Report |
| PX-199 | Figure 5 of Grumbach Reply Report |
| PX-200 | Supplemental Report of Jacob M. Grumbach |
| PX-201 | Table A1 of Grumbach Supplemental Report |
| PX-202 | Table A2 of Grumbach Supplemental Report |
| PX-203 | Figure 1 of Grumbach Supplemental Report |
| PX-204 | Figure 2 of Grumbach Supplemental Report |
| PX-205 | Figure 3 of Grumbach Supplemental Report |

| | |
|---|---|
| PX-206 | Figure 4 of Grumbach Supplemental Report |
| PX-207 | Figure 5 of Grumbach Supplemental Report |
| PX-208 | Figure 6 of Grumbach Supplemental Report |
| PX-209 | Figure 7 of Grumbach Supplemental Report |
| PX-210 | Figure 8 of Grumbach Supplemental Report |
| PX-211 | Figure 9 of Grumbach Supplemental Report |
| PX-212 | Expert Report of Marvin King |
| PX-213 | Marvin King CV |
| PX-214 | Appendix A to King Report |
| PX-215 | Image 5 of King Report |
| PX-216 | Image 6 of King Report |
| PX-217 | Table 2 of King Report |
| PX-218 | Table 3 of King Report |
| PX-219 | Image 7 of King Report |
| PX-220 | Image 8 of King Report |
| PX-221 | Image 9 of King Report |
| PX-222 | Table 4 of King Report |
| PX-223 | Table 5 of King Report |
| PX-224 | Expert Rebuttal Report of Marvin King |
| PX-225 | 2017-2018ReportCardData |
| PX-226 | 2018-2019ReportCardData |
| PX-227 | 2019-2020ReportCardData |
| PX-228 | 2020-2021ReportCardData |
| PX-229 | 2021-2022ReportCardData |
| PX-230 | 2022-2023ReportCardData |
| PX-231 | 2023-2024ReportCardData |
| PX-232 | 2024-2025ReportCardData |
| PX-233 | Enrollment Data - MDEReports |
| PX-234 | Directory of Appointments, 2010 |
| PX-235 | Directory of Appointments, 2011 |

| PX-236 | Directory of Appointments, 2012 |
| --- | --- |
| PX-237 | Directory of Appointments, 2013 |
| PX-238 | Directory of Appointments, 2014 |
| PX-239 | Directory of Appointments, 2015 |
| PX-240 | Directory of Appointments, 2016 |
| PX-241 | Directory of Appointments, 2017 |
| PX-242 | Directory of Appointments, 2018 |
| PX-243 | Directory of Appointments, 2019 |
| PX-244 | Directory of Appointments, 2020 |
| PX-245 | Directory of Appointments, 2021 |
| PX-246 | Directory of Appointments, 2022 |
| PX-247 | Directory of Appointments, 2023 |
| PX-248 | Directory of Appointments, 2024 |
| PX-249 | Redistricting Flyers |
| PX-250 | Jessie Medlin Priorities |
| PX-251 | Mark Gardner Priorities |
| PX-252 | Ray Denison Priorities |
| PX-253 | Lee Caldwell Priorities |
| PX-254 | Withdrawn |
| PX-255 | List of Polling Locations, June 7, 2022 Elections |
| PX-256 | List of Polling Locations, May 1, 2023 |
| PX-257 | List of Polling Locations, 2023 |
| PX-258 | List of Polling Locations, 2022 |
| PX-259 | List of Polling Locations, 2020 |
| PX-260 | List of Polling Locations, 2019 |
| PX-261 | List of Polling Locations, 2016 |
| PX-262 | List of Polling Locations, 2015 |
| PX-263 | List of Polling Locations, 2012 |
| PX-264 | Map of Precincts, 2019 |
| PX-265 | List of Districts within Precincts, Sept. 26, 2024 |

| | |
|---|---|
| PX-266 | Precinct Split Ballot Styles Report, Sept. 18, 2024 |
| PX-267 | Map of Voter Precincts with State Senate, March 13, 2023 |
| PX-268 | Map of Voter Precincts with State House, March 13, 2023 |
| PX-269 | Map of Voter Precincts, April 4, 2023 |
| PX-270 | Map of Voter Precincts, Aug. 27, 2021 |
| PX-271 | Map of Voting Precincts, March 7, 2025 |
| PX-272 | List of Polling Locations, June 24, 2025 |
| PX-273 | Excerpt of Board of Supervisors Minutes, Oct. 17, 2022 |
| PX-274 | June 2022 emails between C. Watson and D. Thompson |
| PX-275 | Feb. 2022 emails between D. Thompson and S. Ferguson |
| PX-276 | Feb. 6, 2025 Mississippi State House Hearing |
| PX-277 | Feb. 26, 2025 Mississippi State Senate Hearing |
| PX-278 | March 5, 2025 Mississippi State House Hearing |
| PX-279 | March 5, 2025 Mississippi State Senate Hearing |
| PX-280 | Sept. 10, 2021 email from Caldwell to Lynchard |
| PX-281 | County Administrator Duties and Responsibilities |
| PX-282 | May 2022 Emails Between Lynchard and Supervisors |
| PX-283 | Feb. 2021 Emails Between Wofford and Edler |
| PX-284 | June 2022 Emails Between Wofford and Supervisors |
| PX-285 | Dec. 2022 Emails Between Lynchard and Ferguson |
| PX-286 | Dec. 2022-Jan. 2023 Emails Between Kirkpatrick and Ferguson |
| PX-287 | 2023 General Election Poll Manager List |
| PX-288 | 2022 General Election Poll Manager List |
| PX-289 | 2024 General Election Poll Manager List |
| PX-290 | Election Commission Webpage and Poll Manager Application |
| PX-291 | Confederate Flag and Noose Article |
| PX-292 | Robert Foster's Priorities |
| PX-293 | Flyer for Power of the Sister Vote Boot Camp |
| PX-294 | Flyer for My School Votes |

| | |
|---|---|
| PX-295 | Summary of Voluminous Evidence of Discipline Data in DeSoto Co by School and by Race 2017-2024 |
| PX-296 | Summary of Voluminous Evidence of Student Academic Achievement in DeSoto Co by School and by Race 2017-2024 |
| PX-297 | Summary of Voluminous Evidence of Student Enrollment, Grade, Expenditure, and TSI Status in DeSoto Co by School 2017-2024 |
| PX-298 | Summary of Voluminous Evidence of CRDC Data |
| PX-299 | Composite Exhibit of MS DOE data |
| PX-300 | Cooper Reliance Materials |
| PX-301 | Grumbach Reliance Materials |
| PX-302 | King Reliance Materials |
| PX-303 | Board of Supervisors Minutes, Jan. 4, 2011 |
| PX-304 | Board of Supervisors Minutes, Feb. 11, 2011 |
| PX-305 | Board of Supervisors Minutes, Feb. 17, 2011 |
| PX-306 | Board of Supervisors Minutes, Feb. 22, 2011 |
| PX-307 | Board of Supervisors Agenda, Sept. 20, 2021 |
| PX-308 | Board of Supervisors Minutes, Sept. 20, 2021 |
| PX-309 | Board of Supervisors Agenda, Nov. 15, 2021 |
| PX-310 | Board of Supervisors Minutes, Nov. 15, 2021 |
| PX-311 | Board of Supervisors Agenda, Dec. 6, 2021 |
| PX-312 | Board of Supervisors Minutes, Dec. 6, 2021 |
| PX-313 | Board of Supervisors Agenda, Jan. 3, 2022 |
| PX-314 | Board of Supervisors Minutes, Jan. 3, 2022 |
| PX-315 | Board of Supervisors Agenda, March 7, 2022 |
| PX-316 | Board of Supervisors Minutes, March 7, 2022 |
| PX-317 | Board of Supervisors Agenda, April 18, 2022 |
| PX-318 | Board of Supervisors Minutes, April 18, 2022 |
| PX-319 | Board of Supervisors Agenda, May 16, 2022 |
| PX-320 | Board of Supervisors Minutes, May 16, 2022 |
| PX-321 | Board of Supervisors Agenda, June 6, 2022 |

| PX-322 | Board of Supervisors Minutes, June 6, 2022 |
| --- | --- |
| PX-323 | Board of Supervisors Agenda, June 20, 2022 |
| PX-324 | Board of Supervisors Minutes, June 20, 2022 |
| PX-325 | Board of Supervisors Agenda, Dec. 19, 2022 |
| PX-326 | Board of Supervisors Minutes, Dec. 19, 2022 |
| PX-327 | Minutes Excerpts |
| PX-328 | Minutes Excerpts |
| PX-329 | Elect Mark Gardner Facebook Post |
| PX-330 | Mark Gardner Facebook Post, April 7, 2013 |
| PX-331 | Notes from Redistricting Training |