# APPENDIX C

## Defendants' Objections to Plaintiffs' Exhibit List

| Exhibit | Defendant Objections |
| --- | --- |
| PX-002 | 602; 801; 802 |
| PX-003 | 401, 402, 403, 901; 902 |
| PX-004 | 602; 801; 802 |
| PX-009 | 801; 802 |
| PX-011 | 403; 801; 26 |
| PX-012 | 602 |
| PX-014 | 801; 802; 403 |
| PX-016 | 602; 801; 802 |
| PX-018 | 901; 902 |
| PX-019 | 602; 403 |
| PX-020 | 602; 401, 402, 403, 801, 802 |
| PX-022 | 401 |
| PX-023 | 801; 802; 401; 402 |
| PX-024 | 901; 902 |
| PX-025 | 401; 402; 403 |
| PX-026 | 602; 801; 802; 403; 901; 902 |
| PX-028 | 401; 402; 403 |
| PX-030 | 901; 902 |
| PX-032 | 402; 602; 901; 902 |
| PX-034 | 26; 403 |
| PX-038 | 403 |
| PX-039 | 403 |
| PX-042 | 402; 602; 901; 902 |
| PX-045 | 403 |
| PX-048 | 901; 902 |
| PX-052 | 602 |
| PX-055 | 402 |
| PX-061 | 801; 802; 403 |
| PX-067 | 403, 602, 901; 902 |
| PX-071 | 403 |
| PX-078 | 602 |
| PX-079 | 801; 802; 602 |
| PX-080 | 602 |
| PX-084 | 401; 402; 403; 901; 902 |
| PX-085 | 401; 402; 403; 901; 902 |
| PX-086 | 401; 402; 403; 801; 802 |
| PX-087 | 401; 402; 403; 801; 802 |
| PX-090 | 401; 402; 602 |
| PX-091 | 602; 801; 802; 403 |
| PX-093 | 401; 402; 403; 801; 802 |
| PX-094 | 901; 902 |
| PX-095 | 401; 403; 602; 901; 902 |
| PX-096 | 602; 801; 802; 403; 901; 902 |

PD.60064041.1

| PX-097 | 602; 403 |
| --- | --- |
| PX-099 | 602; 801; 802; 403 |
| PX-100 | 901; 902 |
| PX-101 | 602; 801; 802; 403 |
| PX-106 | 602; 401; 801; 802 |
| PX-109 | 602; 401; 402 |
| PX-113 | 602; 801; 802; 702; 901; 902 |
| PX-114 | 901; 902 |
| PX-115 | 801; 802; 602 |
| PX-117 | 403 |
| PX-118 | 401; 402; 403 |
| PX-120 | 401; 402; 403 |
| PX-121 | 602; 403; 801; 802 |
| PX-125 | 602; 801; 802; 401; 403 |
| PX-128 | 401; 402; 403 |
| PX-129 | 602; 403 |
| PX-130 | 403 |
| PX-131 | 402; 801; 802; 403; 602 |
| PX-132 | 801; 802; 602 |
| PX-133 | 403, 602, 901; 902 |
| PX-134 | 801(c)(2), 802, 803, 901; 902 |
| PX-137 | 401; 402; 403 |
| PX-138 | 901; 902 |
| PX-144 | 403 |
| PX-147 | 401; 402; 602 |
| PX-148 | 403 |
| PX-149 | 403; 702; 703; 801; 802 |
| PX-150 | 801; 802 |
| PX-151 | 602; 106; 801 |
| PX-152 | 403; 702; 703; 801; 802 |
| PX-153 | 403; 702; 703; 801; 802 |
| PX-154 | 403; 702; 703; 801; 802 |
| PX-155 | 403; 702; 703; 801; 802 |
| PX-156 | 403; 702; 703; 801; 802 |
| PX-157 | 403; 702; 703; 801; 802 |
| PX-158 | 403; 702; 703; 801; 802 |
| PX-159 | 403; 702; 703; 801; 802 |
| PX-160 | 403; 702; 703; 801; 802 |
| PX-161 | 403; 702; 703; 801; 802 |
| PX-162 | 403; 702; 703; 801; 802 |
| PX-163 | 403; 702; 703; 801; 802 |
| PX-164 | 403; 702; 703; 801; 802 |
| PX-165 | 403; 702; 703; 801; 802 |
| PX-166 | 403; 702; 703; 801; 802 |

| PX-167 | 403; 702; 703; 801; 802 |
|---|---|
| PX-168 | 403; 702; 703; 801; 802 |
| PX-169 | 403; 702; 703; 801; 802 |
| PX-170 | 403; 702; 703; 801; 802 |
| PX-171 | 403; 702; 703; 801; 802 |
| PX-172 | 403; 702; 703; 801; 802 |
| PX-173 | 403; 702; 703; 801; 802 |
| PX-174 | 403; 702; 703; 801; 802 |
| PX-175 | 403; 702; 703; 801; 802 |
| PX-176 | 403; 702; 703; 801; 802 |
| PX-177 | 403; 702; 703; 801; 802 |
| PX-178 | 403; 702; 703; 801; 802 |
| PX-179 | 403; 702; 703; 801; 802 |
| PX-180 | 403; 702; 703; 801; 802 |
| PX-181 | 403; 702; 703; 801; 802 |
| PX-182 | 403; 702; 703; 801; 802 |
| PX-183 | 403; 702; 703; 801; 802 |
| PX-184 | 403; 702; 703; 801; 802 |
| PX-185 | 403; 702; 703; 801; 802 |
| PX-186 | 403; 702; 703; 801; 802 |
| PX-187 | 403; 702; 703; 801; 802 |
| PX-188 | 403; 702; 703; 801; 802 |
| PX-189 | 403; 702; 703; 801; 802 |
| PX-190 | 403; 702; 703; 801; 802 |
| PX-191 | 403; 702; 703; 801; 802 |
| PX-192 | 403; 702; 703; 801; 802 |
| PX-193 | 403; 702; 703; 801; 802 |
| PX-194 | 403; 702; 703; 801; 802 |
| PX-195 | 403; 702; 703; 801; 802 |
| PX-196 | 403; 702; 703; 801; 802 |
| PX-197 | 403; 702; 703; 801; 802 |
| PX-198 | 403; 702; 703; 801; 802 |
| PX-199 | 403; 702; 703; 801; 802 |
| PX-200 | 403; 702; 703; 801; 802 |
| PX-201 | 403; 702; 703; 801; 802 |
| PX-202 | 403; 702; 703; 801; 802 |
| PX-203 | 403; 702; 703; 801; 802 |
| PX-204 | 403; 702; 703; 801; 802 |
| PX-205 | 403; 702; 703; 801; 802 |
| PX-206 | 403; 702; 703; 801; 802 |
| PX-207 | 403; 702; 703; 801; 802 |
| PX-208 | 403; 702; 703; 801; 802 |
| PX-209 | 403; 702; 703; 801; 802 |
| PX-210 | 403; 702; 703; 801; 802 |

| PX-211 | 403; 702; 703; 801; 802 |
|---|---|
| PX-212 | 403; 702; 703; 801; 802 |
| PX-213 | 403; 702; 703; 801; 802 |
| PX-214 | 403; 702; 703; 801; 802 |
| PX-215 | 403; 702; 703; 801; 802 |
| PX-216 | 403; 702; 703; 801; 802 |
| PX-217 | 403; 702; 703; 801; 802 |
| PX-218 | 403; 702; 703; 801; 802 |
| PX-219 | 403; 702; 703; 801; 802 |
| PX-220 | 403; 702; 703; 801; 802 |
| PX-221 | 403; 702; 703; 801; 802 |
| PX-222 | 403; 702; 703; 801; 802 |
| PX-223 | 403; 702; 703; 801; 802 |
| PX-224 | 403; 702; 703; 801; 802 |
| PX-226 | 401; 402; 403 |
| PX-228 | 403 |
| PX-234 | 403 |
| PX-235 | 402; 403 |
| PX-238 | 401; 402 |
| PX-240 | 403 |
| PX-243 | 403 |
| PX-245 | 402; 403 |
| PX-246 | 402; 403 |
| PX-248 | 402; 403 |
| PX-251 | 403 |
| PX-258 | 602 |
| PX-260 | 403 |
| PX-261 | 408 |
| PX-266 | 602; 801; 802; 403 |
| PX-273 | 901; 902 |
| PX-275 | 602 |
| PX-280 | 602 |
| PX-285 | 401; 402; 403 |
| PX-288 | 901; 602 |
| PX-291 | 401; 402; 403 |
| PX-293 | 401; 402 |
| PX-295 | 602; 801; 802; 403 |
| PX-297 | 401; 402; 403; 801; 802; 901; 902 |
| PX-299 | 602; 801; 802; 702; 403 |
| PX-300 | 401; 403; Not Viewable; Not useable code |
| PX-301 | 106; 401; 403; 602; 801; 802; 901; not viewable |
| PX-302 | 106; 401; 402; 403; 602; 801; 802; 803; 1001; 1002; 1003; 1004 |
| PX-303 | 403 |
| PX-308 | 401; 402; 801; 802 |

| PX-312 | 801 ; 402 |
| PX-315 | 403 |
| PX-327 | 801; 802 |
| PX-331 | 602; 801; 802 |
| PX-331 | 602; 801; 802; 901; 902 |