IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| HAROLD HARRIS, PASTOR ROBERT TIPTON, JR., DELTA SIGMA THETA SORORITY, INC., and DESOTO COUNTY MS NAACP UNIT 5574, <br><br> *Plaintiffs*, <br><br> v. <br><br> DESOTO COUNTY, MISSISSIPPI; DESOTO COUNTY BOARD OF SUPERVISORS; and DESOTO COUNTY ELECTION COMMISSION, <br><br> *Defendants*. | No. 3:24-cv-00289-GHD-RP |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' DEPOSITION DESIGNATIONS**

Plaintiffs Harold Harris, Pastor Robert Tipton, Jr., Delta Sigma Theta Sorority, Inc., and DeSoto County MS NAACP Unit 5574 (together, "Plaintiffs") respectfully submit this response in opposition to Defendants' Objections to Plaintiffs' Deposition Designations. ECF No. 385.

For the reasons set forth in the memorandum that accompanies this response, Plaintiffs respectfully request that the Court deny Defendants' Objections to Plaintiffs' Deposition Designations and permit Plaintiffs to present their designated deposition excerpts. In addition to the accompanying memorandum, Plaintiffs submit the following exhibits in support of their opposition:

- Exhibit A: Defendants' Initial Disclosures
- Exhibit B: Email exchange between counsel

1

Dated: January 19, 2026

Respectfully submitted,

/s/ Joshua Tom
Joshua Tom (Miss. Bar No. 105392)
**ACLU OF MISSISSIPPI**
101 South Congress Street
Jackson, MS 39201
Telephone: (601) 354-3408
jtom@aclu-ms.org

/s/ Daniel J. Hessel
Daniel J. Hessel*
Ruth Greenwood*
**ELECTION LAW CLINIC**
**HARVARD LAW SCHOOL**
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 496-0222
dhessel@law.harvard.edu
rgreenwood@law.harvard.edu

Brenda Wright*
Victor Genecin*
Breanna Williams*
Jory Burks*
Kathryn Sadasivan*
**NAACP LEGAL DEFENSE AND**
   **EDUCATIONAL FUND, INC.**
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
bwright@naacpldf.org
vgenecin@naacpldf.org
bwilliams@naacpldf.org
jburks@naacpldf.org
ksadasivan@naacpldf.org

Víctor Jones*
Pilar Whitaker*
**NAACP LEGAL DEFENSE AND**
   **EDUCATIONAL FUND, INC.**
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 216-2720
Facsimile: (202) 682-1312
vjones@naacpldf.org
pwhitaker@naacpldf.org

*Attorneys for Plaintiffs*
*\*Admitted Pro Hac Vice*

Amir Badat (Miss. Bar No. 106599)
**BADAT LEGAL PLLC**
P.O. Box 15
Tougaloo, MS 39174
Phone: (601) 462-9592
amir.badat@gmail.com

3

## CERTIFICATE OF SERVICE

    I, Daniel J. Hessel, do certify that on this day I filed the foregoing with the ECF System which sent notification to all counsel of record.

                                                                     This the 19th day of January, 2026.

                                                                     */s/ Daniel J. Hessel*
                                                                       Daniel J. Hessel