| AO 435 (Rev 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY |
|---|---|---|
| Please Read Instructions: | TRANSCRIPT ORDER | DUE DATE: |

| 1. NAME Nicholas F. Morisani | 2. PHONE NUMBER (251) 459-2001 | 3. DATE 02/16/2026 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL nick.morisani@phelps.com | 5. CITY Flowood | 6. STATE MS | 7. ZIP CODE 39232 |
| 8. CASE NUMBER 3:24-cv-00289-GHD-RP | 9. JUDGE Glen Davidson | DATES OF PROCEEDINGS | |
| | | 10. FROM 02/17/2026 | 11. TO 03/10/2026 |
| 12. CASE NAME Harris, et al. v. Desoto County, MS, et al. | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Oxford | 14. STATE Mississippi |

**15. ORDER FOR**

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [X] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [X] TESTIMONY (Specify Witness) | |
| [X] OPENING STATEMENT (Plaintiff) | | All Witnesses | 02/17/2026 - 03/10/2026 |
| [X] OPENING STATEMENT (Defendant) | | | |
| [X] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [X] CLOSING ARGUMENT (Defendant) | | | |
| [X] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [ ] SENTENCING | | Daily Copy | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [X] | NO. OF COPIES 1 | 3,750 | 13,687.00 |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |
| | | | ESTIMATE TOTAL | | 13,687.00 |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional)

| 18. SIGNATURE /s/ Nicholas F. Morisani | PROCESSED BY |
|---|---|
| 19. DATE 02/16/2026 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 13,687.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 13,687.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 13,687.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY