## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

| | |
|---|---|
| HAROLD HARRIS, PASTOR ROBERT TIPTON, JR., DELTA SIGMA THETA SORORITY, INC., and DESOTO COUNTY MS NAACP UNIT 5574, | |
| *Plaintiffs*, | No. 3:24-cv-00289-GHD-RP |
| v. | |
| DESOTO COUNTY, MISSISSIPPI; DESOTO COUNTY BOARD OF SUPERVISORS; and DESOTO COUNTY ELECTION COMMISSION, | |
| *Defendants*. | |

## TRIAL STIPULATION

The parties to this case, through their undersigned counsel, hereby stipulate

that plaintiff Pastor Robert Tipton, Jr., resides at ███████████████████████,

████████████.

Dated: February 19, 2026

Respectfully submitted,

/s/ Joshua Tom

Joshua Tom (Miss. Bar No. 105392)
**ACLU OF MISSISSIPPI**
101 South Congress Street
Jackson, MS 39201
Telephone: (601) 354-3408
jtom@aclu-ms.org

Brenda Wright*
Victor Genecin*
Breanna Williams*
Jory Burks*
**NAACP LEGAL DEFENSE AND
  EDUCATIONAL FUND, INC.**
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
bwright@naacpldf.org
vgenecin@naacpldf.org
bwilliams@naacpldf.org
jburks@naacpldf.org

Amir Badat (Miss. Bar No. 106599)
**BADAT LEGAL PLLC**
P.O. Box 15
Tougaloo, MS 39174
Phone: (601) 462-9592
amir.badat@gmail.com

/s/ Daniel J. Hessel

Daniel J. Hessel*
Ruth Greenwood*
**ELECTION LAW CLINIC
HARVARD LAW SCHOOL**
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 496-0222
dhessel@law.harvard.edu
rgreenwood@law.harvard.edu

Víctor Jones*
Pilar Whitaker*
**NAACP LEGAL DEFENSE AND
  EDUCATIONAL FUND, INC.**
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 216-2720
Facsimile: (202) 682-1312
vjones@naacpldf.org
pwhitaker@naacpldf.org

*Attorneys for Plaintiffs*
*\*Admitted Pro Hac Vice*

_/s/ Nicholas F. Morisani_
David Michael Hurst, Jr., MB #99990
W. Thomas Siler, MS #6791
Nicholas F. Morsani, MB #104970
Sonya C. Dickson, MB #106284
1905 Community Bank Way
Suite 200
Flowood, Mississippi 39232
Telephone: 601-352-2300
Telecopier: 601-360-9777
mike.hurst@phelps.com
tommy.siler@phelps.com
nicholas.morasani@phelps.com

Andrew W. Coffman, MB#106207
105 East Main Street, Suite 201
Tupelo, Mississippi 38804
Telephone: 662-842-7907
Telecopier: 662-842-3873
andrew.coffman@phelps.com


_Attorneys for Defendants_