IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| HAROLD HARRIS; PASTOR ROBERT TIPTON, JR.; DELTA SIGMA THETA SORORITY, INC.; and DESOTO COUNTY MS NAACP UNIT 5574 | PLAINTIFFS |
| v. | Civil No. 3:24-cv-00289-GHD-RP |
| DESOTO COUNTY, MISSISSIPPI; DESOTO COUNTY BOARD OF SUPERVISORS; and DESOTO COUNTY ELECTION COMMISSION | DEFENDANTS |

## ORDER SEALING EXHIBITS

Pursuant to an unopposed verbal motion from the Defendants during the trial of this matter, the Court hereby **ORDERS** the following documents be filed onto the docket under **SEAL**: Plaintiffs' Exhibits 87, 117, 118, 119, and 120.

**SO ORDERED**, this, the 23rd day of February, 2026.

_____
SENIOR U.S. DISTRICT JUDGE