IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

HAROLD HARRIS; PASTOR ROBERT
TIPTON, JR.; DELTA SIGMA THETA
SORORITY, INC.; and DESOTO COUNTY
MS NAACP UNIT 5574                                                PLAINTIFFS

VS.                                 CIVIL ACTION NO.: 3:24-CV-00289-GHD-RP

DESOTO COUNTY, MISSISSIPPI;
DESOTO COUNTY BOARD OF
SUPERVISORS; and DESOTO COUNTY
ELECTION COMMISSION                                   DEFENDANTS

**DEFENDANTS' URGENT AND NECESSITOUS
MOTION FOR RECONSIDERATION OR, ALTERNATIVELY, MOTION
TO STRIKE**

Defendants DeSoto County, Mississippi, DeSoto County Board of Supervisors, DeSoto County Election Commission ("Defendants") move for reconsideration of this Court's denial of Defendants' [373] Objection to the Magistrate Judge's [366] Order Granting [341] Plaintiffs' Motion to Strike fact witnesses disclosed by Defendants pursuant to Federal Rule of Civil Procedure 54(b). In the alternative only, Defendants move to preclude Ms. Khadjia Sheard from testifying at trial. The contemporaneously filed memorandum in support explains the basis for the requested relief. For the foregoing reasons, Defendants ask the Court to reconsider its Order denying Defendants' Objection or alternatively to preclude Ms. Sheard from testifying at trial.

    Dated: February 24, 2026.

                                                                Respectfully submitted,

                                                                PHELPS DUNBAR LLP

                                                                BY:   */s/ Nicholas F. Morisani*

D. Michael Hurst, Jr., MB #99990
W. Thomas Siler, Jr., MS #6791
Nicholas F. Morisani, MB #104970
Nash E. Gilmore, MB #105554
Sonya C. Dickson, MB #106284
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232
Telephone: 601-352-2300
Telecopier: 601-360-9777
mike.hurst@phelps.com
nicholas.morisani@phelps.com
tommy.siler@phelps.com
nash.gilmore@phelps.com
sonya.dickson@phelps.com

*And*

Mark N. Halbert, MB #100048
Andrew W. Coffman, MB #106207
105 East Main Street, Suite 201
Tupelo, Mississippi 38804
Telephone: 662-842-7907
Telecopier: 662-842-3873
mark.halbert@phelps.com
andrew.coffman@phelps.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

     I certify that on February 24, 2026, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record in this action.

                               */s/ Nicholas F. Morisani*
                               Nicholas F. Morisani

PD.60842352.1