IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

HAROLD HARRIS, PASTOR ROBERT
TIPTON, JR., DELTA SIGMA THETA
SORORITY, INC., and DESOTO
COUNTY MS NAACP UNIT 5574,

*Plaintiffs*,

v.

DESOTO COUNTY, MISSISSIPPI;
DESOTO COUNTY BOARD OF
SUPERVISORS; and DESOTO
COUNTY ELECTION COMMISSION,

*Defendants*.

No. 3:24-cv-00289-GHD-RP

## UNOPPOSED MOTION TO TAKE JUDICIAL NOTICE

Plaintiffs Harold Harris, Pastor Robert Tipton, Jr., Delta Sigma Theta Sorority, Inc., and DeSoto County MS NAACP Unit 5574 (together, "Plaintiffs") respectfully ask the Court to take judicial notice of the below facts. At trial on February 24th, the Court asked Plaintiffs' expert Dr. Marvin King about the population demographics of DeSoto County in the 1970s and 1980s. Tr. Day 6 (Daily), 1183:15–1184:9. Plaintiffs submit the enclosed information for judicial notice. These facts are drawn from documents created by the Mississippi State Board of Health, and the Court can take judicial notice of them. *See* Fed. R. Evid. 201; *Walker v. Beaumont Indep. Sch. Dist.*, 938 F.3d 724, 735 (5th Cir. 2019) ("Judicial notice may be taken of matters of public record.").

1

1. In 1960, DeSoto County had a white population of 9,248, and a non-white population of 14,643. Its non-white population percentage was therefore 61.3%. *See 1960 Vital Statistics Summaries*, Miss. State Bd. of Health, 19 (1960),

https://msdh.ms.gov/phs/old_bulletins/bul1960.pdf

2. In 1970, DeSoto County had a white population of 23,235 and a non-white population of 12,650. Its non-white population percentage was therefore 35.3%. *See 1970 Vital Statistics Summaries*, Miss. State Bd. of Health, 1 (1970),

https://msdh.ms.gov/phs/old_bulletins/bul1970.pdf.

3. In 1980, DeSoto County had a white population of 44,203 and a non-white population of 9,727. Its non-white population percentage was therefore 18.0%. *See 1980 Vital Statistics Summaries*, Miss. State Bd. of Health, 35 (1980),

https://msdh.ms.gov/phs/old_bulletins/bul1980.pdf.

4. In 1990, DeSoto County had a white population of 58,860 and a non-white population of 9,050. Its non-white population percentage was therefore 13.3%. *See 1990 Vital Statistics Summaries*, Miss. State Bd. of Health, tbl. i (PDF page 47) (1990),

https://msdh.ms.gov/phs/old_bulletins/bul1990.pdf.

Plaintiffs' counsel has conferred with Defendants' counsel, who have indicated they do not oppose this request.

Due to the nature of this motion, Plaintiffs respectfully request the Court waive any requirement under the local rules for a separate memorandum of law.

Dated: February 25, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Joshua Tom* | */s/ Daniel J. Hessel* |
| Joshua Tom (Miss. Bar No. 105392) | Daniel J. Hessel* |
| **ACLU OF MISSISSIPPI** | Ruth Greenwood* |
| 101 South Congress Street | **ELECTION LAW CLINIC** |
| Jackson, MS 39201 | **HARVARD LAW SCHOOL** |
| Telephone: (601) 354-3408 | 6 Everett Street, Ste. 4105 |
| jtom@aclu-ms.org | Cambridge, MA 02138 |
| | (617) 496-0222 |
| | dhessel@law.harvard.edu |
| | rgreenwood@law.harvard.edu |
| | |
| Brenda Wright* | Víctor Jones* |
| Victor Genecin* | Pilar Whitaker* |
| Breanna Williams* | **NAACP LEGAL DEFENSE AND** |
| Jory Burks* | **EDUCATIONAL FUND, INC.** |
| Kathryn Sadasivan* | 700 14th Street NW, Suite 600 |
| **NAACP LEGAL DEFENSE AND** | Washington, DC 20005 |
| **EDUCATIONAL FUND, INC.** | Telephone: (202) 216-2720 |
| 40 Rector Street, 5th Floor | Facsimile: (202) 682-1312 |
| New York, NY 10006 | vjones@naacpldf.org |
| Telephone: (212) 965-2200 | pwhitaker@naacpldf.org |
| Facsimile: (212) 226-7592 | |
| bwright@naacpldf.org | *Attorneys for Plaintiffs* |
| vgenecin@naacpldf.org | **Admitted Pro Hac Vice* |
| bwilliams@naacpldf.org | |
| jburks@naacpldf.org | |
| ksadasivan@naacpldf.org | |

Amir Badat (Miss. Bar No. 106599)
**BADAT LEGAL PLLC**
P.O. Box 15
Tougaloo, MS 39174
Phone: (601) 462-9592
amir.badat@gmail.com

## CERTIFICATE OF SERVICE

I, Joshua Tom, do certify that on this day I filed the foregoing with the ECF System which sent notification to all counsel of record.

                                                        This the 25th day of February, 2026.

                                                        */s/ Joshua Tom*
                                                        Joshua Tom