IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

HAROLD HARRIS; PASTOR ROBERT
TIPTON, JR.; DELTA SIGMA THETA
SORORITY, INC.; and DESOTO COUNTY
MS NAACP UNIT 5574                                                    PLAINTIFFS

v.                                                    Civil No. 3:24-cv-00289-GHD-RP

DESOTO COUNTY, MISSISSIPPI; DESOTO
COUNTY BOARD OF SUPERVISORS; and
DESOTO COUNTY ELECTION
COMMISSION                                                            DEFENDANTS

## ORDER

Presently before the Court is Plaintiffs' unopposed Motion [Doc. No. 419] for the Court to take judicial notice of certain referenced documents created by the Mississippi State Board of Health regarding subject population demographics of DeSoto County, Mississippi.

Pursuant to Federal Rule of Evidence 201 and given the unopposed nature of the Motion [419], the Court hereby **GRANTS** Plaintiffs' Motion [419] and takes **JUDICIAL NOTICE** of the subject demographic facts referenced in Plaintiffs' Motion [419].

**SO ORDERED**, this, the 25th of February, 2026.

_____
SENIOR U.S. DISTRICT JUDGE