**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

|  |  |
|---|---|
| HAROLD HARRIS, PASTOR ROBERT TIPTON, JR., DELTA SIGMA THETA SORORITY, INC., and DESOTO COUNTY MS NAACP UNIT 5574, <br><br> *Plaintiffs*, <br><br> v. <br><br> DESOTO COUNTY, MISSISSIPPI; DESOTO COUNTY BOARD OF SUPERVISORS; and DESOTO COUNTY ELECTION COMMISSION, <br><br> *Defendants*. | No. 3:24-cv-00289-GHD-RP |

## PLAINTIFFS' NOTICE OF INTENT TO REQUEST REDACTION

PLEASE TAKE NOTICE that Plaintiffs Harold Harris; Pastor Robert Tipton, Jr.; Delta Sigma Theta Sorority, Inc.; and DeSoto County MS NAACP Unit 5574 intend to request redaction of certain information from the trial transcripts filed in the above-captioned case, to include:

(1) home addresses and email addresses of the testifying witnesses, and

(2) any other material made confidential by the Protective Order in this matter

Plaintiffs intend to timely file a motion to seek approval from the Court of these redactions to the extent they do not fall within the categories of redactions to be requested directly from the court reporter pursuant to the Court's Transcript Redaction Policy.

Dated: March 12, 2026

Respectfully submitted,

1

*Joshua Tom*

Joshua Tom (Miss. Bar No. 105392)
**ACLU OF MISSISSIPPI**
101 South Congress Street
Jackson, MS 39201
Telephone: (601) 354-3408
jtom@aclu-ms.org

Brenda Wright*
Victor Genecin*
Breanna Williams*
Jory Burks*
Kathryn Sadasivan*
**NAACP LEGAL DEFENSE AND**
  **EDUCATIONAL FUND, INC.**
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
bwright@naacpldf.org
vgenecin@naacpldf.org
bwilliams@naacpldf.org
jburks@naacpldf.org
ksadasivan@naacpldf.org

Amir Badat (Miss. Bar No. 106599)
**BADAT LEGAL PLLC**
P.O. Box 15
Tougaloo, MS 39174
Phone: (601) 462-9592
amir.badat@gmail.com

*Daniel J. Hessel*

Daniel J. Hessel*
Ruth Greenwood*
**ELECTION LAW CLINIC**
**HARVARD LAW SCHOOL**
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 496-0222
dhessel@law.harvard.edu
rgreenwood@law.harvard.edu

Víctor Jones*
Pilar Whitaker*
**NAACP LEGAL DEFENSE AND**
  **EDUCATIONAL FUND, INC.**
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 216-2720
Facsimile: (202) 682-1312
vjones@naacpldf.org
pwhitaker@naacpldf.org

*Attorneys for Plaintiffs*
*\*Admitted Pro Hac Vice*

2

**CERTIFICATE OF SERVICE**

I, Daniel J. Hessel, do certify that on this day I filed the foregoing with the ECF System which sent notification to all counsel of record.

This the 12th day of March, 2026.

*Daniel J. Hessel*
Daniel J. Hessel