## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

|  |  |
|---|---|
| HAROLD HARRIS, PASTOR ROBERT TIPTON, JR., DELTA SIGMA THETA SORORITY, INC., and DESOTO COUNTY MS NAACP UNIT 5574, <br><br> *Plaintiffs*, <br><br> v. <br><br> DESOTO COUNTY, MISSISSIPPI; DESOTO COUNTY BOARD OF SUPERVISORS; and DESOTO COUNTY ELECTION COMMISSION, <br><br> *Defendants*. | No. 3:24-cv-00289-GHD-RP |

### PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
### AND OPPOSED MOTION FOR BRIEFING SCHEDULE

Plaintiffs Harold Harris, Pastor Robert Tipton, Jr., Delta Sigma Theta Sorority, Inc., and DeSoto County MS NAACP Unit 5574 (together, "Plaintiffs") respectfully file this notice of supplemental authority in connection with Plaintiffs' pending Pre-Trial Findings of Fact and Conclusions of Law and Post-Trial Supplemental Proposed Findings of Fact and Conclusions of Law submitted to this Court on Friday, March 20, 2026.

On April 29, 2026, the U.S. Supreme Court released its opinion in *Louisiana v. Callais*, in which the Court held that compliance with the Voting Rights Act can provide a compelling state interest for the use of race in redistricting. Ex. A, slip op. at 36, 608 U.S. ____ (U.S. Apr. 29, 2026). The decision did not overturn *Allen v. Milligan*, 599 U.S. 1 (2023). *See Callais*, slip op. at 36. The *Callais* decision did, however, "update the *Gingles* framework [to] realign it with the text of §2 and constitutional principles." *Id.* at 29.

Because the instant lawsuit arises under § 2 of the Voting Rights Act, Plaintiffs respectfully request this Court order a briefing schedule in light of *Callais* and propose the following timeline:

- May 13, 2026: Plaintiffs' opening brief (25 pages);

- May 22, 2026: Defendants' response (35 pages); and

- May 27, 2026: Plaintiffs' reply (10 pages).

For reasons Plaintiffs will expand upon in their proposed opening brief, no additional discovery is necessary to demonstrate Plaintiffs' entitlement to relief in this case. The Parties conferred and agreed on Plaintiffs' proposed timeline but could not reach agreement on the appropriate page limits.

Respectfully submitted this 1st day of May, 2026.

| /s/ Joshua Tom | /s/ Kathryn C. Sadasivan |
|---|---|
| Joshua Tom (Miss. Bar No. 105392) | Kathryn Sadasivan* |
| **ACLU OF MISSISSIPPI** | Brenda Wright* |
| 101 South Congress Street | Victor Genecin* |
| Jackson, MS 39201 | Breanna Williams* |
| Telephone: (601) 354-3408 | **NAACP LEGAL DEFENSE AND** |
| jtom@aclu-ms.org | **EDUCATIONAL FUND, INC.** |
| | 40 Rector Street, 5th Floor |
| Ruth Greenwood* | New York, NY 10006 |
| **ELECTION LAW CLINIC** | Telephone: (212) 965-2200 |
| **HARVARD LAW SCHOOL** | Facsimile: (212) 226-7592 |
| 6 Everett Street, Ste. 4105 | ksadasivan@naacpldf.org |
| Cambridge, MA 02138 | bwright@naacpldf.org |
| (617) 496-0222 | vgenecin@naacpldf.org |
| rgreenwood@law.harvard.edu | bwilliams@naacpldf.org |
| | |
| Amir Badat (Miss. Bar No. 106599) | Víctor Jones* |
| **BADAT LEGAL PLLC** | Pilar Whitaker* |
| P.O. Box 15 | **NAACP LEGAL DEFENSE AND** |
| Tougaloo, MS 39174 | **EDUCATIONAL FUND, INC.** |
| Phone: (601) 462-9592 | 700 14th Street NW, Suite 600 |
| amir.badat@gmail.com | Washington, DC 20005 |
| | Telephone: (202) 682-1300 |
| | Facsimile: (202) 682-1312 |
| | vjones@naacpldf.org |
| | pwhitaker@naacpldf.org |
| | |
| | *Attorneys for Plaintiffs* |
| | *\*Admitted Pro Hac Vice* |

## CERTIFICATE OF SERVICE

I, Kathryn C. Sadasivan, do certify that on this day I filed the foregoing with the ECF System which sent notification to all counsel of record.

This 1st day of May, 2026.

*/s/ Kathryn C. Sadasivan*
Kathryn C. Sadasivan