## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**HAROLD HARRIS; PASTOR ROBERT
TIPTON, JR.; DELTA SIGMA THETA
SORORITY, INC.; and DESOTO COUNTY
MS NAACP UNIT 5574**                                   **PLAINTIFFS**

**VS.**                          **CIVIL ACTION NO.: 3:24-CV-00289-GHD-RP**

**DESOTO COUNTY, MISSISSIPPI;
DESOTO COUNTY BOARD OF
SUPERVISORS; and DESOTO COUNTY
ELECTION COMMISSION**                                  **DEFENDANTS**

### NOTICE OF SUPPLEMENTAL AUTHORITY

On June 2, 2026, the U.S. Supreme Court issued an order in *Allen v. Milligan*, 608 U.S. ___ (2026) (per curiam) (slip op.), granting applications for stay of the district court's injunction prohibiting the State of Alabama from using its congressional redistricting map. In doing so, the U.S. Supreme Court concluded that the district court had departed from and did not follow the updated standards articulated in *Louisiana v. Callais*, 608 U.S. ___, 146 S. Ct. 1131 (2026). *Allen*, 608 U.S. ___ (2026) (slip op., at 3). Because this decision by the U.S. Supreme Court in *Allen*, 608 U.S. ___ (2026) (slip op.) provides additional authority addressing the application of *Callais* to Section 2 vote dilution claims, Defendants accordingly provide notice of such authority to this Court, a copy of which is attached as Exhibit "A" to this notice.

Dated: June 3, 2026.

Respectfully submitted,

PHELPS DUNBAR LLP

BY:   */s/ Nicholas F. Morisani*
      D. Michael Hurst, Jr., MB #99990
      W. Thomas Siler, Jr. MS #6791

PD.62087684.1

2

Nicholas F. Morisani, MB #104970
Nash E. Gilmore, MB #105554
Sonya C. Dickson, MB #106284
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232
Telephone: 601-352-2300
Telecopier: 601-360-9777
mike.hurst@phelps.com
tommy.siler@phelps.com
nicholas.morisani@phelps.com
nash.gilmore@phelps.com
sonya.dickson@phelps.com

and

Mark N. Halbert, MB #100048
105 East Main Street, Suite 201
Tupelo, Mississippi 38804
Telephone: 662-842-7907
Telecopier: 662-842-3873
mark.halbert@phelps.com

**ATTORNEYS FOR DEFENDANTS**

2

## CERTIFICATE OF SERVICE

I certify that on June 3, 2026, I electronically filed this paper with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF counsel of record in this action.

/s/ Nicholas F. Morisani
Nicholas F. Morisani

PD.62087684.1