IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

HAROLD HARRIS; PASTOR ROBERT
TIPTON, JR.; DELTA SIGMA THETA
SORORITY, INC.; and DESOTO COUNTY
MS NAACP UNIT 5574                                                    PLAINTIFFS

v.                                                    Civil No. 3:24-cv-00289-GHD-RP

DESOTO COUNTY, MISSISSIPPI; DESOTO
COUNTY BOARD OF SUPERVISORS; and
DESOTO COUNTY ELECTION
COMMISSION                                                           DEFENDANTS

## JUDGMENT

Pursuant to an opinion entered this date in the case *sub judice*, it is hereby **ORDERED**

**AND ADJUDGED**:

(1) Judgment is **ENTERED** in favor of Defendants DeSoto County, Mississippi; DeSoto County Board of Supervisors; and DeSoto County Election Commission as to Plaintiffs' claim in its entirety, for violation of Plaintiffs' rights under Section 2 of the Voting Rights Act of 1965, 52 U.S.C. § 10301; and

(2) This case is **CLOSED**.

**SO ORDERED AND ADJUDGED**, this, the _24th_ day of June, 2026.

_____
SENIOR U.S. DISTRICT JUDGE